| FORM 5(10/06) | FORM 5. INVOLUNTARY PETITION | |
|---|---|---|
| **United States Bankruptcy Court**<br>**Eastern District of Michigan** | | **INVOLUNTARY PETITION** |

| IN RE (Name of Debtor - If Individual: Last, First, Middle)<br>**Vantage Industries, LLC** | ALL OTHER NAMES used by debtor in the last 8 years<br>(Include married, maiden, and trade names.) |
|---|---|
| LAST FOUR DIGITS OF SOC. SEC. NO./Complete EIN or other TAX I.D. NO.<br>(If more than one, state all.) | |
| STREET ADDRESS OF DEBTOR (No. and street, city, state, and zip code)<br>**3720 Lapeer Rd**<br>**Auburn Hills, MI 48326** | MAILING ADDRESS OF DEBTOR (If different from street address) |
| COUNTY OF RESIDENCE OR PRINCIPAL PLACE OF BUSINESS<br>**Oakland** | |
| LOCATION OF PRINCIPAL ASSETS OF BUSINESS DEBTOR (If different from previously listed addresses) | |

CHAPTER OF BANKRUPTCY CODE UNDER WHICH PETITION IS FILED

■ Chapter 7   ☐ Chapter 11

**INFORMATION REGARDING DEBTOR** (Check applicable boxes)

| **Nature of Debts**<br>(Check one box)<br>Petitioners believe:<br>☐ Debts are primarily consumer debts<br>■ Debts are primarily business debts | **Type of Debtor**<br>(Form of Organization)<br>☐ Individual (Includes Joint Debtor)<br>■ Corporation (Includes LLC and LLP)<br>☐ Partnership<br>☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)<br>_____ | **Nature of Business** (Check one box)<br>☐ Health Care Business<br>☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51)(B)<br>☐ Railroad<br>☐ Stockbroker<br>☐ Commodity Broker<br>☐ Clearing Bank<br>■ Other |

| **VENUE** | **FILING FEE** (Check one box) |
|---|---|
| ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in the District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br>☐ A bankruptcy case concerning debtor's affiliate, general partner or partnership is pending in this District. | ■ Full Filing Fee attached<br>☐ Petitioner is a child suport creditor or its representative, and the form specified in § 304(g) of the Bankruptcy Reform Act of 1994 is attached.<br>*[If a child support creditor or its representative is a petitioner, and if the petitioner files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.]* |

**PENDING BANKRUPTCY CASE FILED BY OR AGAINST ANY PARTNER OR AFFILIATE OF THIS DEBTOR** (Report information for any additional cases on attached sheets.)

| Name of Debtor | Case Number | Date |
|---|---|---|
| Relationship | District | Judge |

**ALLEGATIONS**
(Check applicable boxes)

COURT USE ONLY

1. [X] Petitioner(s) are eligible to file this petition pursuant to 11 U.S.C. § 303(b).
2. [X] The debtor is a person against whom an order for relief may be entered under title 11 of the United States Code.
3. [X] The debtor is generally not paying such debtor's debts as they become due, unless such debts are the subject of a bona fide dispute as to liability or amount;

or

3.b. ☐ Within 120 days preceding the filing of this petition, a custodian, other than a trustee, receiver, or agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession.

### TRANSFER OF CLAIM

☐ Check this box if there has been a transfer of any claim against the debtor by or to any petitioner. Attach all documents evidencing the transfer and any statements that are required under Bankruptcy Rule 1003(a).

### REQUEST FOR RELIEF

Petitioner(s) request that an order for relief be entered against the debtor under the chapter of title 11, United States Code, specified in this petition. If any petitioner is a foreign representative appointed in a foreign proceeding, a certified copy of the order of the court granting recognition is attached.

Petitioner(s) declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information, and belief.

X **/s/ Zhang Yuan, President**
Signature of Petitioner or Representative (State title)

**Changchun Huifeng Automotive Gear Co.**   3.9.07
Name of Petitioner                                         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Zhang Yuan, President
No. 888 Yumin Road, "Rising Sun"
Science & Tech. Ind. Zone
Changchun, Jilin provi

X **/s/ Kemp Klein Law Firm, Robert Bassel**   3.13.07
Signature of Attorney                                       Date

**Kemp Klein Law Firm, Robert Bassel**
Name of Attorney Firm (If any)

201 W. Big Beaver, 6th Floor
Troy, MI 48084
Address
Telephone No. 248.528.1111

---

X **/s/ Mark Patterson, CFO**
Signature of Petitioner or Representative (State title)

**Express-1 Expedited Solutions, Inc.**   3.1.07
Name of Petitioner                                         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Mark Patterson, CFO
429 Post Road
Buchanan, MI 49107

X **/s/ Michael Bell**   2.28.07
Signature of Attorney                                       Date

**Michael Bell**
Name of Attorney Firm (If any)

223-225 E. Front Street
Buchanan, MI 49107
Address
Telephone No. 269.695.1500

---

X **/s/ Tom Preston, President**   3.6.07
Signature of Petitioner or Representative (State title)

**Precision Devices, Inc.**
Name of Petitioner                                         Date Signed

Name & Mailing Address of Individual Signing in Representative Capacity:
Tom Preston, President
606 County St
Milan, MI 48160

X **/s/ Kemp Klein Law Firm, Robert N. Bassel**   3.13.07
Signature of Attorney                                       Date

**Kemp Klein Law Firm, Robert N. Bassel**
Name of Attorney Firm (If any)

201 W. Big Beaver, 6th Floor
Troy, MI 48084
Address
Telephone No. 248.528.1111

### PETITIONING CREDITORS

| Name and Address of Petitioner | Nature of Claim | Amount of Claim |
|---|---|---|
| Changchun Huifeng Automotive Gear Co., No. 888 Yumin Road, "Rising Sun" Science & Tech. Ind. Zone Changchun, Jilin province, China | trade | at least 1,350,000.00 |
| Express-1 Expedited Solutions, Inc. 429 Post Road Ann Arbor, MI 48107 | trade | at least 96,574.86 |
| Precision Devices, Inc. 606 County St Milan, MI 48160 | trade | at least 73,858.75 |

Note: If there are more than three petitioners, attach additional sheets with the statement under penalty of perjury, each petitioner's signature under the statement and the name of attorney and petitioning creditor information in the format above.

Total Amount of Petitioners' Claims: at least **1,520,433.61**

____ continuation sheets attached

Copyright (c) 1996-2006 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                     Best Case Bankruptcy