# United States Bankruptcy Court
### Eastern District of Michigan

In re    **Vantage Industries, LLC** _____,

                                  Debtor

Case No. ___**07-45005**___

Chapter _____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 14 | 3,865,952.31 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 929,063.42 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 44 | | 4,878,848.13 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 64 | | | |
| Total Assets | | | 3,865,952.31 | | |
| Total Liabilities | | | | 5,807,911.55 | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re    **Vantage Industries, LLC**                                   ,     Case No.    **07-45005**

                                        Debtor          Chapter                  **7**

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) (whether disputed or undisputed) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                Best Case Bankruptcy

.

In re  **Vantage Industries, LLC**        ,     Case No.    **07-45005**

Debtor

# SCHEDULE A. REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

____0____ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re    **Vantage Industries, LLC**                ,    Case No.    __07-45005__

Debtor

# SCHEDULE B. PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, or both own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
In providing the information requested in this schedule, do not include the name or address of a minor child. Simply state "a minor child."

| | Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|---|
| 1. | Cash on hand | X | | | |
| 2. | Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Comerica Bank, 500 Woodward Avenue, Detroit, MI 48227**<br>**Account Number 1852262532**<br>**Open account, cash collateral** | - | **939,063.42** |
| | | | **Comerica Bank, 500 Woodward Avenue, Detroit, MI 48227**<br>**Account Number 1851730455**<br>**Closed account, old general** | - | **0.00** |
| | | | **Comerica Bank, 500 Woodward Avenue, Detroit, MI 48227**<br>**Account Number 1851730448**<br>**Closed account, old payroll/general** | - | **0.00** |
| 3. | Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. | Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. | Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. | Wearing apparel. | X | | | |
| 7. | Furs and jewelry. | X | | | |
| 8. | Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. | Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |

|  | Sub-Total > | **939,063.42** |
|---|---|---|
|  | (Total of this page) | |

__2__ continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re   **Vantage Industries, LLC**          ,      Case No.   **07-45005**

Debtor

# SCHEDULE B. PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c); Rule 1007(b)). | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **See attached breakdown of accounts receivable.** | - | 1,173,419.89 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owing debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >     **1,173,419.89**
(Total of this page)

Sheet  **1**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re    **Vantage Industries, LLC**                       ,    Case No.   **07-45005**

Debtor

# SCHEDULE B. PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See attached breakdown of office equipment.** | - | 70,442.58 |
| 29. Machinery, fixtures, equipment, and supplies used in business. | | **See attached breakdown of machinery and equipment** | - | 1,593,363.10 |
| 30. Inventory. | | **See attached breakdown of inventory** | - | 89,663.32 |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > | 1,753,469.00 |
| (Total of this page) | |
| Total > | 3,865,952.31 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

IN RE:        VANTAGE INDUSTRIES, LLC

Chapter 7 Case No. 07-45005

## SCHEDULE B.  PERSONAL PROPERTY

16.     Accounts Receivable.

# In Re: Vantage Industries, LLC
## Case No. 07-45005
### Schedule B16
Personal Property - Accounts receivable

| Company | Address 1 | City | State | Zip | Type of receivable | Receivable balance |
|---|---|---|---|---|---|---|
| Crown Boring Machine | n/a | n/a | n/a | n/a | Trade | $ 17,560.00 |
| Eaton Hydraulics Inc. ( Eaton ) | 32nd West Avenue | Spencer | IA | 51301-0020 | Trade | 1,500.00 |
| Ford Bay Logistics ( Ford - Bay Logis | 7900 Haggerty Road | Canton | MI | 48187 | Trade |  |
| ) |  |  |  |  |  | 22,291.20 |
| Ford Motor Company ( Ford ) | 7900 Haggerty Road | Canton | MI | 48187 | Trade | 160,028.48 |
| General Motors ( GM ) | CISCO:51015, Plant 5 Dock North c/o MTS. TRANS. 4169 Davison Rd | Burton | MI | 48509 | Trade | 4,770.00 |
| Visteon ( Visteon ) | 45000 Helm st. | Plymouth | MI | 48170 | Trade | 252,362.78 |
| Autocraft Industries ( Autocraft Ind ) | PO Box 270180 | Oklahoma City | OK | 73137-0180 | Trade | 29,319.16 |
| Cat Reman Powertrain Service ( Cat Reman - Williams Tech ) | PO Box 1548 | Summerville | SC | 29484 | Trade | 274.05 |
| Ford / ACH Sterling ( Ford / Visteon ) | East Dock #51 39000 Mound Road | Sterling Heights | MI | 48310 | Trade | 654,996.28 |
| Ford Component Sales,LLC ( FCS ) | Accounts Payable 290 Town Center Drive Suite 1000 | Dearborn | MI | 48126 | Trade | 1,268.71 |
| Ford Motor Company ( Ford ) | Feblo International 14225 W. Warren | Dearborn | MI | 48124 | Trade | 431.00 |
| Freudenburg NOK ( Freudenburg ) | Milan Facility East Dock Doors 1-4, OE Service 11617 State Route 13 | Milan | OH | 44846 | Trade | 3,150.00 |
| Howard Ternes ( Howard Ternes ) |  |  |  |  | Trade | 1,137.73 |
| Nuestro LLC ( Nuestro ) | 800 Tabor Street | Adrian | MI | 49221 | Trade | 315.00 |
| Tecumseh Fleet Engineering ( Tecumseh Fleet ) | 10106 Grinnell Street | Detroit | MI | 48213 | Trade | 24,015.50 |
| Total |  |  |  |  |  | $ 1,173,419.89 |

IN RE:     VANTAGE INDUSTRIES, LLC

Chapter 7 Case No. 07-45005

## SCHEDULE B.  PERSONAL PROPERTY

28.     Office equipment, furnishings, and supplies.

**In Re: Vantage Industries, LLC**
**Case No. 07-45005**
**Schedule B28**
**Personal Property - Office equipment, furnishings, and supplies**

| Description | Location | Book value |
|---|---|---|
| #Mcs76-769 Travel Connection Pack, Qty: 2 | Auburn Hills | $ 170.00 |
| #Mcs1C43405 Microsoft Office, Qty: 2 | Auburn Hills | 660.00 |
| #Mcs1C04433 Microsoft Project, Qty: 2 | Auburn Hills | 1,098.00 |
| #Mcs852724, Qty: 2 | Auburn Hills | 118.00 |
| Computers with accessories | Auburn Hills | 2,898.00 |
| Dell E173Fp, 17" Flat Panel Monitor (320-3997), Qty: 10 | Auburn Hills | 2,450.00 |
| Solutions Premier Pentium 4 | Auburn Hills | 997.00 |
| Solutions Premier Pentium 4 | Auburn Hills | 997.00 |
| Solutions Premier Pentium 4 | Auburn Hills | 997.00 |
| Maxterm 8300BR Wireless Thin Client | Auburn Hills | 772.00 |
| Maxterm 8300BR Wireless Thin Client | Auburn Hills | 772.00 |
| Intel Pro/Wireless 2915 Lead-Free Wlan (802.11B G) Mini Pci Card, Dell Precision M20/M70 Cust. Install, Qty: 3 | Auburn Hills | 87.00 |
| Autocad 2006 With Dwf Composer 2 Special Bundle Stand-Alone Full System, Qty: 1 | Auburn Hills | 3,650.00 |
| Project 2003 Eng Bus-6.0 Software, Qty: 3 | Auburn Hills | 1,275.00 |
| Office 2003 Eng Bus-6.0 Software, Qty: 3 | Auburn Hills | 978.00 |
| Laptop Computers (Refurbished) Id#'S: F5Aycyc2, 0119Pa0T, Zrn6Jrc2, Qty: 1 | Auburn Hills | 1,389.00 |
| Laptop Computers (Refurbished) Id#'S: F5Aycyc2, 0119Pa0T, Zrn6Jrc2, Qty: 1 | Auburn Hills | 1,389.00 |
| Laptop Computers (Refurbished) Id#'S: F5Aycyc2, 0119Pa0T, Zrn6Jrc2, Qty: 1 @ $1389.0( | Auburn Hills | 1,389.00 |
| Dell Precision M60 Mobile Workstation And Printer | Auburn Hills | 5,099.00 |
| Project 2003 Standard (A0157384 | Auburn Hills | 499.95 |
| Optiplex Gx520 Minitower Pentium 4 Computer System As Quoted On Quote # 273477484 On 2/2/06 By Charlie Pitkin | Auburn Hills | 1,933.88 |
| Ending 2004 Computer Purchases | Auburn Hills | 15,038.50 |
| Dell Computer System 15pcs | Hamilton | 15,496.55 |
| Auto Cad Mech | Hamilton | 3,315.70 |
| Maxterm Embedded XP Terminal | Hamilton | 7,073.00 |
| | | $ 70,442.58 |

**IN RE:       VANTAGE INDUSTRIES,LLC**

**Chapter 7 Case No. 07-45005**

## SCHEDULE B.  PERSONAL PROPERTY

**29.     Machinery, fixtures, equipment and supplies used in business.**

| | | |
|---|---|---|
| i. | Machinery and equipment | $1,063,764.00 |
| ii. | Gages – In possession of Changehun Huifeng | 190,902.10 |
| iii. | Tooling – In possession of Changehun Huifeng | 338,697.00 |
| | **Total** | **$1,593,363.10** |

F:\BUSINESS\vantage\schedule B - 29.doc

| Description | Type | PO # | Model | Date Purch | Purchase Cost | Note |
|---|---|---|---|---|---|---|
| Dell Computers (quantity= 11) | Computer | n/a | Dell | | $15,497 | Computer |
| Maxtern Embedded XP Terminal (?) | Computer | n/a | Maxtern Embedded XP Terminal | | $7,023 | Computer |
| DELL E173FP, 17" FLAT PANEL MONITOR (320-3997), Qty: 8 | Computer | n/a | Michigan Computer | 8/11/2005 | $2,450 | Computer |
| Solutions Premier Pentium 4 | Computer | n/a | Michigan Computer | 6/28/2005 | $997 | Computer |
| LAPTOP COMPUTERS (REFURBISHED) ID#'S: F5AYCYE2, 0119PA0T, | Computer | n/a | Dell | 10/6/2005 | $1,389 | Computer |
| LAPTOP COMPUTERS (REFURBISHED) ID#'S: F5AYCYE2, 0119PA0T, | Computer | n/a | Dell | 10/6/2005 | $1,389 | Computer |
| LAPTOP COMPUTERS (REFURBISHED) ID#'S: F5AYCYE2, 0119PA0T, | Computer | n/a | Dell | 10/6/2005 | $1,389 | Computer |
| Dell Precision M60 Mobile Workstation and Printer | Computer | n/a | Incar/Dell | 1/20/2005 | $5,099 | Computer |
| OPTIPLEX GX520 MINITOWER PENTIUM 4 COMPUTER SYSTEM AS | Computer | n/a | Dell | 2/10/2006 | $1,934 | Computer |
| PART # Y0715RN KITAGAWA ROTARY HYDRAULIC ACTUATOR; Qt | Tooling | 174 | Edward Andrews I | 9/6/2005 | $3,246 | M&E |
| □ (0) Linear feet of roller bearing; (10') Linear feet of ride rail ; (1) 12' High, d | Conveyor | n/a | Five Star Systems, I | 8/12/2005 | $40,780 | M&E |
| REPLACING INVOICE #8991 DATED 8/12/05 | Conveyor | 8991 | Five Star Systems, I | 10/29/2005 | $64,510 | M&E |
| MATERIAL HANDLING SYSTEM FOR 63875-AB FLEXPLATE ASSEM | Conveyor | 8991 | Five Star Systems, I | 11/18/2005 | $4,407 | M&E |
| 8'-0 LONG POWER FLAT TOP CHAIN CONVEYOR □-14.5 EFFECTI | Conveyor | 8991 | Five Star Systems, I | 11/18/2005 | $9,183 | M&E |
| Conveyor with motor and accessories | Conveyor | 8991 | Five Star Systems, I | 11/18/2005 | $14,394 | M&E |
| Conveyors for FUJI Line | | 8972 | Five Star Systems, I | 7/25/2005 | $61,069 | M&E |
| PRECISION LEAD TESTING GAGE WITH (2) COLLETS (YCSW & FO | Gage | 119 | Maya Gage Co. | 9/28/2005 | $8,850 | M&E |
| Vertical Pull Down, Broach Visteon Line | Broach | n/a | NA | 8/11/2005 | $88,300 | M&E |
| 8-Ton Press Visteon | Press | n/a | P800 (Rev. D) Cent | 6/20/2005 | $7,745 | M&E |
| Vertical Pallet Changing Machining Center Visteon | Kia Center V-2 | n/a | Pinnacle Machine T | 8/15/2005 | $153,600 | M&E |
| SEC2005/38 POWER SUPPLY (115 VAC/24VDC); Qty: 1 | Equipment | 233 | TECHNIFOR, IN | 9/30/2005 | $225 | M&E |
| PIN DOT MARKING HEAD MODEL: CN212Cp-3EV Qty: 1 | Stamp Equipme | 233 | TECHNIFOR, IN | 9/27/2005 | $8,775 | M&E |
| PIN DOT MARKING HEAD MODEL: CN212SP-3NV PER QUOTE # P | Stamp Equipme | 140 | TECHNIFOR, IN | 8/30/2005 | $10,400 | M&E |
| (BATTERY, 1ST MACHINE A1X/86 2ND MACHINE A1X/86 ... | | | Addy Machine | | $ 173,218 | |
| OKIMOTO IGM-15NC CNC I.D. GRINDING MACHINES. * | | | Addy Machine | | $ 153,633 | |
| Semi Automatic Welder per quote #7549 | | | Techical Solutions | | $ 149,213 | |
| Refurbish Koppy Slotter | | | Koppy | | $ 75,000 | |

$1,063,764

# Vantage Assets at HF - Gages

| HF NUMBER | DCP NUMBER | GAGE NUMBER - VENDOR GAGE | CHARACTERISTIC DESCRIPTION | SPECIFICATION NO | ATTRIBUTE OR VARIABLE | Qty | STATUS | VALUE ($) |
|---|---|---|---|---|---|---|---|---|
|  | 2 | G-6230-01 | C'Bore diameter | 34.971 - 34.945 | V | 1 | Delivered to HF | $3,500.00 |
|  | 3 | G-6230-25 | C'Bore depth | 11.75 - 12.25 | A | 1 | Delivered to HF | $800.00 |
|  | 6 | G-6230-16 | Spline minor diameter | 33.256 - 33.333 | V | 1 | Delivered to HF | $900.00 |
|  | 13 | G-6230-08A, Detail 1 | Seal diameter runout | 0.05 Max | V | 1 | Delivered to HF |  |
|  | 14 | G-6230-06 | Seal Diameter | 53.912 - 53.896 | V | 1 | Delivered to HF |  |
|  | 18 | G-6230-08A, Detail 2 | Hub end runout | 0.025 Max | V | 1 | Delivered to HF | $12,000.00 |
|  | 19 | G-6230-08, Detail 3 | C'Bore face runout | 0.05 Max | V | 1 | Delivered to HF | $1,600.00 |
|  | 31 | Depth gage | Hub end to boltface length | 2.4-2.6 | V | 1 | Delivered to HF | $3,000.00 |
| 307831 | 20 | G-6230-18 | Overall length - finished | 64.9- 64.5 | V | 1 | Delivered to HF | See above |
|  | 21 | G-6230-08A, Detail 4 | Boltface runout | 0.05  Max | V | 1 | Delivered to HF | See above |
|  | 22 | G-6230-18 | Boltface to hub end parallelism | 0.025 Max | V | 1 | Delivered to HF | See above |
|  | 28 | G-6230-08A, Detail 5 | Pilot Diameter runout | 0.05 Max | V | 1 | Delivered to HF | See above |
|  | 29 | G-6230-26 | Pilot Diameter | 50.764 - 50.739 | V | 1 | Delivered to HF | $4,000.00 |
|  | 41 | G-6230-18 | Large O.D. | 136.25 - 135.75 | V | 1 | Delivered to HF | See above |
|  | 45 | G-6230-45 | C'Bore runout to I.D. | 0.077 Max | V | 1 | Delivered to HF | $3,500.00 |
|  | 18 | Smooth collet gage | Hub end runout | 0.025 Max | V | 2 | Delivered to HF | $3,500.00 |
|  | 2 | PDI - Plug Gage | Go/ No Go Gage for C'bore | 34.945-34.971 | A | 1 | ORDERED (E.T.A. | $235.00 |
|  | 9 | G-6231-48A | Seal diameter runout | 0.05 Max | V | 1 | Delivered to HF | $3,500.00 |
|  | 10 | G-6231-07 | Seal diameter | +/- 0.008 | V | 2 | Delivered to HF | $9,800.00 |
|  | 11 | G-6231-03 | C'Bore Diameter- MITUTOYO MT5 | +/- 0.013 | V | 1 | Delivered to HF | $2,087.79 |
|  | 12 | G-6231-48A | C'Bore runout to I.D. | 0.077 Max | V | 1 | Delivered to HF |  |
|  | 18 | G-6231-48A | C'Bore face runout | 0.05 Max | V | 1 | Delivered to HF |  |
|  | 20 | G-6231-48A | Hub end runout | 0.025 Max | V | 1 | Delivered to HF |  |
|  | 22 | G-6231-48A | Boltface runout | 0.05 Max | V | 1 | Delivered to HF | $13,280.00 |
|  | 28 | G-6231-28 | Pilot Diameter | +/- 0.01 | V | 1 | Delivered to HF | $9,800.00 |
|  | 29 | G-6231-48A | Pilot Diameter runout | 0.05 Max | V | 2 | Delivered to HF |  |
| 307849 | 47 |  | Large O.D. | +/- 0.25 | V | 1 | Delivered to HF | $1,200.00 |
|  | 21 |  | Overall length - finished | +/- 0.2 | V | 1 | Delivered to HF | $1,300.00 |
|  | 23 |  | Boltface to hub end parallelism | 0.25 Max | V | 1 | Delivered to HF | See above |
|  | 14 | Maya Gage # 8904A | Shoulder Height | 13.0-13.5 | A | 1 | Shipped to HF | $700.00 |
|  | 5 | Maya Gage # 8904C | C'bore Depth | 11.43-11.93 | A | 1 | Shipped to HF | $700.00 |
|  | 4 | Maya Gage # 8904B | C'bore Chamfer Depth | 1.27-1.77 | A | 1 | Shipped to HF ORDERED (E.T.A. | $700.00 |
|  | 11 | PDI - Plug Gage | Go/ No Go Gage for C'bore | 44.495-45.521 | A | 2 | 2/27/06) | $235.00 |
|  | 45 | Precision Spindle HKG-07010-B (Uni-Dex) | Used for run out inspection | | V | 2 | Delivered to HF ORDERED (E.T.A. | $3,461.39 |
|  |  |  | C'bore base for Air Column | | V | 1 | Delivered to HF 1/27/06) | $1,600.00 |
|  | 30 | PDI Arbor | Run out of Slinger OD | 0.05 | V | 1 | 2/27/06) |  |
|  | 32 | PDI Arbor | R/O of C'bore | 0.05 | V | 1 | 2/27/06) |  |

| Group | Qty | Vendor | Description | Dimension | V | ORDERED (ETA) | Price |
|---|---|---|---|---|---|---|---|
| 307920/308068 | 104/105 | PDI Arbor | R/O of flange OD | 0.05 | v | 1 2/27/06) | $8,845.00 |
| | 21 | PDI | Parallelism | 0.05 | v | 1 2/27/06) | $1,400.00 |
| | 40 | PDI | Parallelism | 0.25 | v | ORDERED (ETA: 1 2/27/06) | $2,500.00 |
| | 29 | PDI | OD Snap gage - Federal with Master | 46.10-46.20 | v | 1 2/27/06) | $1,630.00 |
| | 35 | PDI | Shoulder Height | 18.03-18.19 | v | 1 2/27/06) | $650.00 |
| | 31 | PDI | Master for Air Gage | 33.38-33.40 | v | 1 2/27/06) | $3,400.00 |
| | 45 | PDI | ID plug gage with master | 37.988-38.012 | v | 1 2/27/06) | $770.00 |
| | | PDI | Spare set of sleeves | 32 tooth minor ID | v | 1 2/27/06) | $15,230.00 |
| 307989 | | PDI Arbor | R/O check for All SCs | see print | v | ORDERED (ETA: 1 2/16/06) | $4,880.00 |
| | | FEDERAL | Snap gages for SCs 3,11, 13, 14 | see print | v | ORDERED (ETA: 4 2/16/06) | $2,675.00 |
| | | Douglas Gage # | ID Air Gage with Master | 100.00-100.04 | v | ORDERED (ETA: 1 3/1/06) | |
| 307025 | | PDI Arbor | R/O for SCs #: 1,4,7 & 12 | see print | v | ORDERED (ETA: 1 02/20/06) | $11,495.00 |
| | | PDI | Parallelism, SCs: 2 &13, Length S | see print | v | ORDERED (ETA: 1 02/20/06) | $1,895.00 |
| | | PDI | Bore gages: SCs 5, 6 & 8. | see print | v | ORDERED (ETA: 1 02/20/06) | $5,800.00 |
| | | PDI | Snap OD Gages for SCs: 9 & 11. | see print | v | ORDERED (ETA: 1 02/20/06) | $2,945.00 |
| | | Douglas Gage # | Air Gage for ID: 99.86/99.90 (SC: 5 | see print | v | ORDERED (ETA: 1 02/30/06) | $2,650.00 |
| 307865 | | PDI Arbor | R/O for SCs #: Slinger OD, Face A | see print | v | ORDERED (ETA: 1 03/15/06) | $8,500.00 |
| | | PDI | Snap OD gage for 47.676/47.574 w | see print | v | ORDERED (ETA: 1 03/15/06) | |
| | | PDI | Bore gage for ID 70.85/71.17 | see print | v | ORDERED (ETA: 1 03/15/06) | $2,945.00 |
| | | PDI | Length 22.99 and Parallelism of 51 | see print | v | ORDERED (ETA: 1 03/15/06) | $3,600.00 |
| | | Douglas Gage # | Air Gage for ID | 100.00-100.04 | v | ORDERED (ETA: 1 03/15/06) | $2,675.00 |
| 307857 | | PDI Arbor | R/O for SCs #: Slinger OD, Face A | see print | v | ORDERED (ETA: 1 03/25/06) | $8,500.00 |
| | | PDI | Snap OD gage for 39.472/39.370 w | see print | v | ORDERED (ETA: 1 03/25/06) | |
| | | PDI | Bore gage for ID 70.85/71.17 | see print | v | ORDERED (ETA: 1 03/25/06) | $2,945.00 |
| | | PDI | Length 19.77/19.62 and Parallelism | see print | v | ORDERED (ETA: 1 03/25/06) | $3,600.00 |
| | | Douglas Gage # | Air Gage for ID | 100.00-100.04 | v | ORDERED (ETA: 1 03/25/06) | $2,675.00 |

| General | FEDERAL | OD Snap gage - FED-40110H 1-2 CAP | 6 | Delivered to HF | V | $4,297.92 |
| | FEDERAL | In-process -Handheld ID gages with masters | 6 | Delivered to HF | V | $3,000.00 |

Total: $190,902.10

## Vantage Assets at HF - Tooling

| PART NUMBER | OPERATION USED FOR | MANUFACTURER | MODEL | Qty | STATUS | VALUE ($) |
|---|---|---|---|---|---|---|
| 07831 | OP 40 | EMUGE | SIH2202000069 (32 tooth) | 2 | Delivered to HF | $8,495.00 |
| 07831/9 | OP 50/ AL | Hardinge | A2-6 # 300 Collet Assembly | 9 | Delivered to HF | $3,645.00 |
| 08068 | OP 10 | Hardinge | A2-6 # 300 EXP Collet Assy | 3 | Delivered to HF | $4,323.00 |
| 07849 | OP 50 | Hardinge | A2-6 # 400 Collet Assembly | 4 | Delivered to HF | $1,700.00 |
| 07849 | OP 40 | Hainbuch | Mando 2 SD0211/0006 | 2 | Delivered to HF | $8,200.00 |
| 07025 | OP 10 | Microcentric | Kitagawa PW-08 with custom top to | 2 | ORDERED (ETA: 2/28/06) | $20,536.00 |
| 07025 | OP 20 | Microcentric | Od collet chuck CB65-NB/A5 | 3 | ORDERED (ETA: 2/28/06) | $7,514.00 |
| 07989 | OP 10 | Microcentric | Kitagawa PW-08 with custom top to | 2 | ORDERED (ETA: 2/28/06) | $20,626.00 |
| 07989 | OP 20 | Microcentric | Od collet chuck CB65-NB/A5 | 4 | ORDERED (ETA: 2/28/06) | $13,658.00 |
| | All | | Wire Baskets | 1000 | | $250,000.00 |

Total: $338,697.00

IN RE:     VANTAGE INDUSTRIES, LLC

Chapter 7 Case No. 07-45005


## SCHEDULE B.  PERSONAL PROPERTY


30.     Inventory.

| Description | Location | Book value |
|---|---|---|
| Ring Gears | Auburn Hills | $ 8,887.60 |
| 1S7P Steal | Auburn Hills | 9,852.53 |
| YL8P Steal | Auburn Hills | 13,116.22 |
| Washer Steal | Auburn Hills | 11,862.22 |
| Ring Gears | Auburn Hills | 26,050.22 |
| Stamping-WIP | Auburn Hills | 5,990.39 |
| Assemblies | Auburn Hills | 35.36 |
| Assemblies | Auburn Hills | 93.34 |
| 1S7P Washers | Auburn Hills | 1,877.47 |
| YL8P Washers | Auburn Hills | 3,308.58 |
| Stamping-WIP | Auburn Hills | 8,589.39 |
| | | $ 89,663.32 |

Official Form 6D (10/06)

In re  **Vantage Industries, LLC**                                          Case No. **07-45005**
_____
                        Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Addy Machinery Co.** <br> **36055 Groesbeck Hwy.** <br> **Clinton Township, MI 48035** | | - | **Purchase Money Security Interest** <br><br> **(2) Okamoto 1GM-15NC (NC Grinder, S/N 15059/15064)** | | | X | | |
| | | | Value $          0.00 | | | | 0.00 | 0.00 |
| Account No. <br><br> **Comerica** <br> **500 Woodward Avenue** <br> **Detroit, MI 48226** | X | - | **03/14/07** <br><br> **All asset security interest** | | | | | |
| | | | Value $          0.00 | | | | 929,063.42 | 929,063.42 |
| Account No. <br><br> **Representing:** <br> **Comerica** | | | **Marc M. Bakst, Esq.** <br> **Bodman LLP** <br> **1901 St. Antoine St., Fl 6** <br> **Detroit, MI 48226** | | | | | |
| | | | Value $ | | | | | |
| Account No. <br><br> **Edward Andrews International, Inc.** <br> **6633 Allar Drive** <br> **Sterling Heights, MI 48312** | | - | **Purchase Money Security Interest** <br><br> **(1) 8" Diameter 3-jaw lathe chuck (1034024-1, 2 and 3)** | | | | | |
| | | | Value $          0.00 | | | | 0.00 | 0.00 |

___1___ continuation sheets attached

Subtotal <br> (Total of this page)      929,063.42      929,063.42

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                   Best Case Bankruptcy

In re    **Vantage Industries, LLC**                                    ,    Case No.    **07-45005**

                                  Debtor

# SCHEDULE D. CREDITORS HOLDING SECURED CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community |  | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No.<br><br>**Edward Andrews International, Inc.**<br>**6633 Allar Drive**<br>**Sterling Heights, MI 48312** | - | | | **Purchase Money Security Interest**<br>**(2) 8" diameter 2-jaw lathe chucks**<br>**(1032792-1), (9) custom top jaws**<br>**(1032792-2), (3) custom part locator**<br>**bases**<br>**(1032792-3), (3) custom part locators**<br>**(1032792-4)** | | | | | |
| | | | | Value $      **0.00** | | | | **0.00** | **0.00** |
| Account No.<br><br>**Technical Solutions LLC**<br>**229 N. Main St.**<br>**P. O. Box 1097**<br>**Evart, MI 49631** | - | | | **(1) semi-automatic flywheel ring gear**<br>**welder, S/N 7549 with (4) Miller auto**<br>**axcess 450 power supplies (S/N LF**<br>**308778 and 779, LF 309797 and 798)** | | | | | |
| | | | | Value $      **0.00** | | | | **0.00** | **0.00** |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |
| Account No. | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal<br>(Total of this page) | **0.00** | **0.00** |
|---|---|---|---|
| | Total<br>(Report on Summary of Schedules) | **929,063.42** | **929,063.42** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                 Best Case Bankruptcy

In re   **Vantage Industries, LLC**          Case No.   **07-45005**
_____,
Debtor

# SCHEDULE E. CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 or 13 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts who file a case under chapter 7 report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trust or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

0 continuation sheets attached

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                             Best Case Bankruptcy

In re **Vantage Industries, LLC** _____ Case No. **07-45005** _____
                                   Debtor ,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112. If "a minor child" is stated, also include the name, address, and legal relationship to the minor child of a person described in Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts filing a case under chapter 7, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.<br><br>**A.A. Jansson, Inc**<br>**2070 Airport Road**<br>**Waterford, MI 48327-1024** | | - | | | | | | | 4,013.03 |
| Account No.<br><br>**Representing:**<br>**A.A. Jansson, Inc** | | | Nationwide Recovery Systems<br>2304 Tarpley Drive, #134<br>Carrollton, TX 75006 | | | | | | |
| Account No.<br><br>**A.M. Bognar**<br>**6575 Mosherville Rd**<br>**Jonesville, MI 49250** | | - | | | | | | | 4,000.00 |
| Account No.<br><br>**Abaqus Great Lakes, Inc.**<br>**14500 SHELDON RD.**<br>**SUITE 150**<br>**PLYMOUTH, MI 48170-2440** | | - | | | | | | | 4,750.00 |

__43__ continuation sheets attached

Subtotal
(Total of this page) **12,763.03**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    S/N:25232-070627   Best Case Bankruptcy

In re   **Vantage Industries, LLC**                                     Case No.   **07-45005**

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Accountemps**<br>**305 W. Big Beaver Rd.**<br>**Suite 201**<br>**Troy, MI 48084** | - | | | | | | 960.00 |
| Account No.<br><br>**Ace Controls, Inc.**<br>**23435 Industrial Park Dr.**<br>**Farmington Hills, MI 48335** | - | | | | | | 310.99 |
| Account No.<br><br>**Ace-Tex**<br>**7601 CENTRAL AVE.**<br>**DETROIT, MI 48210** | - | | | | | | 129.00 |
| Account No.<br><br>**ADDY MACHINERY COMPANY**<br>**36055 GROESBECK HIGHWAY**<br>**CLINTON TWP, MI 48035** | - | | | | | | 294,165.00 |
| Account No.<br><br>**Representing:**<br>**ADDY MACHINERY COMPANY** | | | Dennis W. Loughlin, Esq.<br>Strobl & Sharp, P.C.<br>300 East Long Lake Rd., Ste. 200<br>Bloomfield Hills, MI 48304 | | | | |

| | |
|---|---|
| Sheet no. __1__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal<br>(Total of this page)    **295,564.99** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re    **Vantage Industries, LLC**                                          Case No.    **07-45005**
_____,
                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | | |
| **Adecco USA 2601 CAMBRIDGE CT. SUITE 127 AUBURN HILLS, MI 48326** | | - | | | | | | 4,163.40 |
| Account No. | | | | | | | | |
| **ADP, Inc. 100 Commerce Dr. P.O. Box 700 Pittsburgh, PA 15230** | | - | | | | | | 10.53 |
| Account No. | | | | | | | | |
| **AIR GAGE 12170 GLOBE RD. LIVONIA, MI 48150** | | - | | | | | | 2,387.00 |
| Account No. | | | | | | | | |
| **All Spray Pressure Cleaning Eq 7024 CO RD. PO BOX 345 SWANTON, OH 43558-0345** | | - | | | | | | 2,307.00 |
| Account No. | | | | | | | | |
| **ALRO STEEL CORPORATION 4929 NEW HAVEN AVENUE FORT WAYNE, IN 46803** | | - | | | | | | 5,330.65 |

Sheet no. __2__ of __43__ sheets attached to Schedule of                                    Subtotal                   14,198.58
Creditors Holding Unsecured Nonpriority Claims                                         (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re    **Vantage Industries, LLC**                                                          Case No.    **07-45005**
                                                    Debtor                                ,

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Representing: ALRO STEEL CORPORATION** | | | Muller, Muller, et al P. O. Box 3026 Birmingham, MI 48012-3026 | | | | |
| Account No. **AMERIGAS 5695 E US 6 PO BOX 816 KENDALLVILLE, IN 46755** | | - | | | | | 390.57 |
| Account No. **Amtek Gears, Inc. 5300 Mackinaw Road Bay City, MI 48706** | | - | | | | | 66,004.48 |
| Account No. **Antibus Scales & Systems 4809 Illinois Rd. Fort Wayne, IN 46804** | | - | | | | | 175.00 |
| Account No. **Applied Industrial Tech., Inc. 45580 Woodward Pontiac, MI 48341** | | - | | | | | 336.26 |

| | | |
|---|---|---|
| Sheet no. __3__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 66,906.31 |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                      Best Case Bankruptcy

In re **Vantage Industries, LLC** Case No. **07-45005**
_____
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. **Armstrong Mechanical Services 3648 Rockland Circle MILLBURY, OH 43447-9804** | - | | | | | | | | 1,711.98 |
| Account No. **Representing: Armstrong Mechanical Services** | | | | | Margelefsky & Mezinko, LLC 709 Madison Ave., Ste. 301 Toledo, OH 43604-6624 | | | | |
| Account No. **AT & T BILL PAYMENT CENTER SAGINAW, MI 48663-0003** | - | | | | | | | | 78.98 |
| Account No. **ATS Workholding 30222 Esperanza Rancho Santa Margari, CA 92688** | - | | | | | | | | 180.00 |
| Account No. **Auburn Hills, City of 1827 N. Squirrel Road Auburn Hills, MI 48326** | - | | | | | | | | 0.00 |

Sheet no. **4** of **43** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) 1,970.96

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re     **Vantage Industries, LLC**                               ,      Case No.     **07-45005**
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Automatic Spring Products** **803 Taylor Avenue** **Grand Haven, MI** | - | | | | | | | **5,199.10** |
| Account No. **Balance Technology Inc.** **7035 Jomar Drive** **Whitmore Lake, MI 48189** | - | | | | | | | **988.60** |
| Account No. **Beld-Elliott, Jessie** **7400 Lahser** **Bloomfield Hills, MI 48301** | - | | | | | | | **20,000.00** |
| Account No. **Representing:** **Beld-Elliott, Jessie** | | | | Asher Rabinowitz, Esq. Ruden McClosky 401 E. Jackson St., Ste. 2700 Tampa, FL 33602 | | | | |
| Account No. **Best Aire** **419-B New York Avenue** **New Castle, IN 47362** | - | | | | | | | **5,800.00** |

Sheet no. __**5**__ of __**43**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims        Subtotal (Total of this page)     **31,987.70**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                  Best Case Bankruptcy

In re    **Vantage Industries, LLC**                                                    Case No.    **07-45005**
                                                                    ,
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| Blue Cross Blue Shield P.O. Box 2260 Detroit, MI 48231-2260 | - | | | | | | | 64,189.80 |
| Account No. | | | | | | | | |
| Bradley Overhead Door, Inc. P.O. Box 249 202 S. Broad St. Fremont, IN 46737 | - | | | | | | | 2,471.25 |
| Account No. | | | | | | | | |
| C & E SALES 677 CONGRESS PARK DR. PO BOX 750128 DAYTON, OH 45459-0128 | - | | | | | | | 122.43 |
| Account No. | | | | | | | | |
| Carpenter Industrial Supply C. 3300 CISCO DRIVE PO BOX 743 JACKSON, MI 49204 | - | | | | | | | 5,551.36 |
| Account No. | | | | | | | | |
| Changchun Huifeng Automobile Gear Box 888 Yumin Road Chaoyang Industrial Park Changchun City   00013-0103 | - | | | | | | | 1,047,329.17 |

Sheet no. __6__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     **1,119,664.01**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re     **Vantage Industries, LLC**                                   ,     Case No. ___07-45005___
                                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J | C | | | | | |
| Account No.<br><br>**Representing:**<br>**Changchun Huifeng** | | | | | **Robert Bassell, Esq.**<br>**Kemp Klein**<br>**201 W. Big Beaver Road, 6th Floor**<br>**Troy, MI 48084** | | | | |
| Account No.<br><br>**Changchun Huifeng Automotive G**<br>**888 Yumin Rd.**<br>**Chaoyang Industrial Park**<br>**Changchun, Jilin Pro   00013-0103** | | - | | | | | | | **9,600.00** |
| Account No.<br><br>**Representing:**<br>**Changchun Huifeng Automotive G** | | | | | **Robert Bassell, Esq.**<br>**Kemp Klein**<br>**201 W. Big Beaver Road, 6th Floor**<br>**Troy, MI 48084** | | | | |
| Account No.<br><br>**CHIRON AMERICA, INC.**<br>**10950 WITHERS COVE PARK DR.**<br>**CHARLOTTE, NC 28278** | | - | | | | | | | **2,502.91** |
| Account No.<br><br>**CLIMAX RESEARCH SERVICES**<br>**51229 CENTURY COURT**<br>**WIXOM, MI 48393** | | - | | | | | | | **3,912.25** |

Sheet no. __7__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **16,015.16**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                     Best Case Bankruptcy

In re    **Vantage Industries, LLC**                                                    , Case No. **07-45005**
                                          Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>**CO-OP Express, Inc.**<br>**c/o Ronald Glen Thomas**<br>**511 N. Wayne**<br>**P. O. Box 41**<br>**Angola, IN 46703** | - | | | **Lawsuit pending in Steuben Circuit Court action.** | | | | **0.00** |
| Account No.<br><br>**Coleman Supply**<br>**15201 E. ELEVEN MILE RD.**<br>**Roseville, MI 48066** | - | | | | | | | **507.31** |
| Account No.<br><br>**Combine International**<br>**354 Indusco Court**<br>**Troy, MI 48083** | - | | | | | | | **167,000.00** |
| Account No.<br><br>**Consumers Energy**<br>**Consumers Energy**<br>**Utilities**<br>**LANSING, MI 48937-0001** | - | | | | | | | **3,096.42** |
| Account No.<br><br>**Continental Sales**<br>**5555 GATEWAY DRIVE**<br>**STERLING HTS., MI 48310** | - | | | | | | | **43,508.77** |

Sheet no. __8__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **214,112.50**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re **Vantage Industries, LLC** _____,  Case No. ___**07-45005**_____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Conway Air Express P.O. Box 711823 Cincinnati, OH 45271-1823 | - | | | | | | | | 2,250.00 |
| Account No. | | | | | | | | | |
| Conway Central Express P.O. BOX 982020 N. RICHLAND HILLS, TX 76182 | - | | | | | | | | 17,593.73 |
| Account No. | | | | | | | | | |
| Core Promotional Products P.O. Box 510 Angola, IN 46703 | - | | | | | | | | 751.82 |
| Account No. | | | | | | | | | |
| CRYSTAL FILTRATION 2938 WATERVIEW ROCHESTER HILLS, MI 48309 | - | | | | | | | | 635.85 |
| Account No. | | | | | | | | | |
| CUTTER'S TOOL & GRINDING, INC 8666 VERONA RD. BATTLE CREEK, MI 49014 | - | | | | | | | | 7,360.25 |

Sheet no. __9___ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

28,591.65

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                            Best Case Bankruptcy

In re    **Vantage Industries, LLC**                                              Case No.    **07-45005**
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Dekalb Redi Med c/o Paul O. Sauerteig, Esq. 203 E. Berry St., Ste. 1310 Fort Wayne, IN 46802 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Dell One Dell Way Round Rock, TX 78682 | - | | | | | | | 5,808.49 |
| Account No. | | | | | | | | |
| Deluxe Business Checks & Solut P.O. BOX 742572 CINCINNATI, OH 74274-2572 | - | | | | | | | 398.34 |
| Account No. | | | | | | | | |
| DHL Danzas Air & Ocean Attn Kelly Mullins 11400 Metro Airport Romulus, MI 48174 | - | | | | | | | 5,838.05 |
| Account No. | | | | | | | | |
| DMC & ASSOCIATES, INC. 13003 ECKEL JUNCTION ROAD PERRYSBURG, OH 43551 | - | | | | | | | 66,328.49 |

Sheet no. __10__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**78,373.37**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re     **Vantage Industries, LLC**                                                          Case No.     **07-45005**
_____,
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No.  **Representing:  DMC & ASSOCIATES, INC.** | | | | | Thomas G. Schlageter, Esq. 715 S. Coy Road Oregon, OH 43616 | | | | |
| Account No.  **Douglas Gage  69681 Lowe Plank Rd  Richmond, MI 48062** | | - | | | | | | | 18,098.06 |
| Account No.  **DR. LUBRICANTS, INC.  4611 NEWAYGO RD., SUITE D  FORT WAYNE, IN 46825** | | - | | | | | | | 160.00 |
| Account No.  **E.E.P Group  PO Box 127  Eastwood Station  Syracuse, NY 13206** | | - | | | | | | | 4,784.00 |
| Account No.  **Edward Andrews International  6633 ALLAR DR.  STERLING HEIGHTS, MI 48312** | | - | | | | | | | 1,503.83 |

Sheet no. __11__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 24,545.89

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                      Best Case Bankruptcy

In re  **Vantage Industries, LLC**                    Case No. ___**07-45005**___
_____,
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **EFD Nordson** <br> **977 WATERMAN AVENUE** <br> **EAST PROVIDENCE, RI 02914-1342** | - | | | | | | 2,454.12 |
| Account No. <br><br> **ELLISON TECHNOLOGIES** <br> **9587 E. 131ST STREET** <br> **ST. FISHERS, IN 46038** | - | | | | | | 2,590.50 |
| Account No. <br><br> **Ervin Leasing Company** <br> **DEPT. 77228** <br> **P.O. BOX 77000** <br> **DETROIT, MI 48277-0228** | - | | | | | | 514.96 |
| Account No. <br><br> **Express 1** <br> **A SEGMENTZ INC. COMPANY** <br> **P.O. BOX 673585** <br> **DETROIT, MI 48267-3585** | - | | | | | | 92,368.00 |
| Account No. <br><br> **Representing:** <br> **Express 1** | | | Michael Bell, Esq. <br> 223-225 E. Front St. <br> P. O. Box 72 <br> Buchanan, MI 49107 | | | | |

Sheet no. __**12**__ of __**43**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    **97,927.58**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __Vantage Industries, LLC__ _____,  Case No. ___07-45005_____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **Express Personnel Service P.O. BOX 730039 DALLAS, TX 75373-0039** | | - | | | | | | | 20,797.13 |
| Account No. | | | | | Victor J. Zanolli, III, Esq. 29777 Telegraph Road, Ste. 2500 Southfield, MI 48034 | | | | |
| **REPRESENTING: Express Personnel Service** | | | | | | | | | |
| Account No. | | | | | | | | | |
| **FabriSteel Mfg. Division 22100 Trolley Industrial Drive Taylor, MI 48180-1872** | | - | | | | | | | 3,291.20 |
| Account No. | | | | | | | | | |
| **Fastenal 1920 OPDYKE ROAD AUBURN HILLS, MI 00048-3226** | | - | | | | | | | 26.19 |
| Account No. | | | | | | | | | |
| **Federal Mogul Corp- Mexico McCord Payen de Mexico San Esteban Polente Naucalpan Edo, M xico (Estado de) 53560-** | | - | | | | | | | 8,070.04 |

Sheet no. __13__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)  **32,184.56**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re __Vantage Industries, LLC_____, Case No. ___07-45005_____
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | | | | | |
| **Fire Protection, Inc.** **750 W. North St., Suite C** **P.O. Box 327** **Auburn, IN 46706** | | | | | | | | **2,494.64** |
| Account No. | | - | | | | | | |
| **Form Tech Industries** **2727 W. Fourteen Mile Road** **Royal Oak, MI 48073** | | | | | | | | **0.00** |
| Account No. | | - | | | | | | |
| **Fuji Machine America Corp.** **171 Corporate Woods Parkway** **Vernon Hills, IL 60061** | | | | | | | | **5,194.20** |
| Account No. | | - | | | | | | |
| **Geering Broach and Spline Co.** **23644 RYAN RD.** **WARREN, MI 48091** | | | | | | | | **7,420.00** |
| Account No. | | - | | | | | | |
| **Great Lakes Glove & Safety** **3202 OLD FARM LANE** **WALLED LAKE, MI 48390** | | | | | | | | **1,265.09** |

Sheet no. __14__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**16,373.93**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

In re __Vantage Industries, LLC_____,    Case No. ___07-45005_____

_____Debtor_____

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | | | | | |
| **Grede Foundries- Reedsburg**<br>**700 Ash Street**<br>**Reedsburg, WI 53959** | - | | | | | | | 41,257.52 |
| Account No. | | | | | | | | |
| **GT AUTOMATION**<br>**9312 AVIONICS DRIVE**<br>**FORT WAYNE, IN 46809** | - | | | | | | | 9,700.00 |
| Account No. | | | | | | | | |
| **H.H. Barnum Co.**<br>**7915 LOCHLIN DR.**<br>**BRIGHTON, MI 48116** | - | | | | | | | 371.98 |
| Account No. | | | | | | | | |
| **H.L. CLAEYS**<br>**31239 MOUND RD.**<br>**WARREN, MI 48092** | - | | | | | | | 468.40 |
| Account No. | | | | | | | | |
| **HAGGARD & STOCKING**<br>**4102 Merchant Rd.**<br>**Fort Wayne, IN 46818** | - | | | | | | | 9,083.65 |

Sheet no. __15__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    60,881.55

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Vantage Industries, LLC**                    Case No.    **07-45005**

                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Hamilton Lake Conservancy Dist**<br>**8850 S. Wayne St.**<br>**Hamilton, IN 46742-0331** | - | | | | | | 66.60 |
| Account No.<br><br>**Hamilton, City of**<br>**7750 S. Wayne**<br>**P. O. Box 310**<br>**Hamilton, IN 46742** | - | | | | | | 0.00 |
| Account No.<br><br>**Heidtman Steel Products, Inc.**<br>**630 Lavoy Rd.**<br>**Erie, MI 48133** | - | | | | | | 20,944.88 |
| Account No.<br><br>**HOOSIER SPLINE BROACH CORP.**<br>**P.O. BOX 538**<br>**1401 TOUBY PIKE**<br>**KOKOMO, IN 46901-2503** | - | | | | | | 2,220.00 |
| Account No.<br><br>**HTI MOBILE HEALTH TESTING**<br>**500 W. WILSON BRIDGE RD**<br>**SUITE 105**<br>**WORTHINGTON, OH 46085** | - | | | | | | 825.00 |

Sheet no. __16__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **24,056.48**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037            Best Case Bankruptcy

In re __Vantage Industries, LLC__ , Case No. __07-45005__

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| IDG-Detroit 10800 GALAXIE AVE. OAK PARK, MI 48220 | | - | | | | | | 7,637.52 |
| Account No. | | | | | | | | |
| IHC, Inc. 12400 Burt Rd. Detroit, MI 48228 | | - | | | | | | 2,110.58 |
| Account No. | | | | | | | | |
| INDEXA-V 30200 RYAN RD. WARREN, MI 48092 | | - | | | | | | 4,531.00 |
| Account No. | | | | | | | | |
| Indiana Michigan Power P.O. BOX 24401 CANTON, OH 44701-4412 | | - | | | | | | 3,736.39 |
| Account No. | | | | | | | | |
| Intercall P.O. BOX 281866 ATLANTA, GA 30384-1866 | | - | | | | | | 1,480.30 |

Sheet no. __17__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    19,495.79

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

In re __Vantage Industries, LLC_____,  Case No. ____07-45005_____

                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Internal Revenue Service SBSE/Insolvency Unit P. O. Box 330500, Stop 15 Detroit, MI 48232 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| IRS - District Counsel 477 Michigan Ave., Room 1870 Detroit, MI 48226 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| IRS - U.S. Attorney's Office 211 W. Fort Street Suite 2300 Detroit, MI 48226-3211 | - | | | | | | 0.00 |
| Account No. | | | | | | | |
| J & L Industrial Supply Co. 31800 INDUSTRIAL RD. LIVONIA, MI 48151 | - | | | | | | 11,520.75 |
| Account No. | | | | | | | |
| J & T Electrical Supply 3606 THOMAS RD. OXFORD, MI 48371 | - | | | | | | 192.65 |

Sheet no. __18__ of __43__ sheets attached to Schedule of                     Subtotal        | 11,713.40 |
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re    **Vantage Industries, LLC** _____,    Case No.    **07-45005** _____

                                                  Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Janitors Supply Co., Inc.**<br>**c/o Serban Law Office, P.C.**<br>**P. O. Box 8856**<br>**Fort Wayne, IN 46898-8856** | - | | | | | | **0.00** |
| Account No. <br><br>**JeVan**<br>**6990 Browns Lake Rd.**<br>**Jackson, MI 49201** | - | | | | | | **17,130.68** |
| Account No. <br><br>**Johnson, Stephen D.**<br>**c/o Richard A. Heikkinen, Esq.**<br>**110 N. Michigan Avenue**<br>**Howell, MI 48843** | - | | | | | | **0.00** |
| Account No. <br><br>**K & Y Manufacturing, Inc.**<br>**41880 Koppernick**<br>**Canton, MI 48187** | - | | Judgment entered in 6th Circuit Court. | | | | **54,211.74** |
| Account No. <br><br>**Representing:**<br>**K & Y Manufacturing, Inc.** | | | **Dirk A. Beamer, Esq.**<br>**27655 Middlebelt Road, Ste. 170**<br>**Farmington, MI 48334-5029** | | | | |

Sheet no. **19** of **43** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

              Subtotal<br>(Total of this page)      **71,342.42**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re __Vantage Industries, LLC_____,  Case No. ___07-45005_____

                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**KAMAR OFFICE PRODUCTS**<br>**148 West Walton Blvd**<br>**Pontiac, MI 48340-1164** | - | | | | | | | 5,578.50 |
| Account No.<br><br>**KEITH'S LAWN CARE SERVICES**<br>**260 LANE 230 JIMMERSON LAKE**<br>**ANGOLA, IN 46703** | - | | | | | | | 7,287.66 |
| Account No.<br><br>**KENDALL ELECTRIC**<br>**2795 WOODHULL DRIVE**<br>**ANGOLA, IN 46703** | - | | | Judgment entered in 10th District Ct. | | | | 504.94 |
| Account No.<br><br>**KENNAMETAL**<br>**LIVONIA EXECUTIVE PARK**<br>**31800 INDUSTRIAL ROAD**<br>**LIVONIA, MI 48151** | - | | | | | | | 12,767.02 |
| Account No.<br><br>**Keyence Corporation of America**<br>**9229 Delegattes Row**<br>**Suite 460**<br>**Indianaopolis, IN 46420** | - | | | | | | | 5,188.00 |

Sheet no. __20__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

31,326.12

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re **Vantage Industries, LLC**                    Case No. **07-45005**
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **KIM SUPPLY CO.** <br>**1604 MAGDA DRIVE** <br>**MONTPELIER, OH 43543** | - | | | | | | 2,164.97 |
| Account No. <br><br> **KOPPY CORPORATION** <br>**199 KAY INDUSTRIAL DRIVE** <br>**ORION, MI 48359** | - | | | | | | 1,098,631.12 |
| Account No. <br><br> **Landstar Ligon** <br>**10608 BANANA AVE.** <br>**FONTANA, CA 92337** | - | | | | | | 34,843.70 |
| Account No. <br><br> **Lilla & Associates, P.C.** <br>**8285 Short Cut Road** <br>**Ira Township, MI 48023** | - | | | | | | 1,775.00 |
| Account No. <br><br> **M. Antonik Co., Inc.** <br>**4170 Martin Rd.** <br>**Walled Lake, MI 48390** | - | | | | | | 141.00 |

Sheet no. __21__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    1,137,555.79

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

In re __Vantage Industries, LLC_____,   Case No. ___07-45005_____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| Manhattan Capital Group Holdin AETNA TOWER, 11TH FLOOR 107 ZUNYI ROAD SHANGHAI   00020-0051 | - | | | | | | 3,376.00 |
| Account No. | | | | | | | |
| MANUFACTURING SOLUTIONS, INC. 7309 S. Wayne St. PO Box 576 Hamilton, IN 46742 | - | | | | | | 602.70 |
| Account No. | | | | | | | |
| Marposs Corporation 3300 Cross Creek Parkway Auburn Hills, MI 48326 | - | | | | | | 1,655.01 |
| Account No. | | | | | | | |
| MARY'S GO ROUND PO BOX 962 ANGOLA, IN 46703 | - | | | | | | 12,613.83 |
| Account No. | | | | | | | |
| Material Sales 25885 W. Eight Mile Road P.O. BOX 40867 REDFORD, MI 48240-1047 | - | | | | | | 3,507.57 |

Sheet no. __22__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)   21,755.11

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                 Best Case Bankruptcy

In re __Vantage Industries, LLC__ _____,   Case No. ___07-45005_____
                                      Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| Matzka, Inc. 25255 MOUND ROAD WARREN, MI 48091 | - | | | | | | | 2,713.94 |
| Account No. | | | | | | | | |
| Maya Gage Co. Inc. 20770 Parker St. Farmington Hills, MI 48336 | - | | | | | | | 0.00 |
| Account No. | | | | | | | | |
| Mazak Corp. - North Central 8025 Production Dr. P.O. Box 970 Florence, KY 41022-0970 | - | | | | | | | 16,184.21 |
| Account No. | | | | | | | | |
| MCI ( MCI ) P.O. BOX 4644 IOWA CITY, IA 52244-4644 | - | | | | | | | 38.64 |
| Account No. | | | | | | | | |
| MCMASTER-CARR SUPPLY 200 Aurora Industrial Parkway Aurora, OH 44202 | - | | | | | | | 105.77 |

Sheet no. __23__ of __43__ sheets attached to Schedule of        Subtotal         |
Creditors Holding Unsecured Nonpriority Claims        (Total of this page)   | 19,042.56

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

In re    **Vantage Industries, LLC**
_____ ,    Case No.    **07-45005**
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **MESC** 7310 Woodward Avenue Detroit, MI 48202 | | - | | | | | 0.00 |
| Account No. **METAL TECH - WEST ALLIS DIV** 3800 Adams Rd. P.O. Box 397 Ravenna, MI 49451 | | - | | | | | 382.33 |
| Account No. **Michigan Department of Treasury** Tax Collection Enforcement Div. Treasury Building Lansing, MI 48922 | | - | | | | | 0.00 |
| Account No. **MICHIGAN REBUILD & AUTOMATION** 921 ANDERSON RD. LITCHFIELD, MI 49252 | | - | | | | | 2,308.45 |
| Account No. **Michigan Seamless Tube** 400 McMunn Street South Lyon, MI 48178 | | - | | | | | 62,499.09 |

Sheet no. __24__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)    **65,189.87**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                      Best Case Bankruptcy

In re **Vantage Industries, LLC**                              Case No.    **07-45005**

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Michigan Spline Gage Co** <br>**1626 East Nine Mile** <br>**Hazel Park, MI 48030** | | - | | | | | 3,845.00 |
| Account No. <br><br>**Michigan Staffing** <br>**29400 Van Dyke Suite 308** <br>**Warren, MI 48093** | | - | | | | | 23,355.31 |
| Account No. <br><br>**MicroCentric Corp.** <br>**25 Terminal Dr.** <br>**Plainview, NY 11803** | | - | | | | | 41,878.00 |
| Account No. <br><br>**Representing:** <br>**MicroCentric Corp.** | | | Ira H. Liebowitz, Esq. <br>5507-10 Nesconset Hwy., Ste. 203 <br>Mount Sinai, NY 11766 | | | | |
| Account No. <br><br>**Midwest Mfg Co.** <br>**101 High Street** <br>**P.O. Box 340** <br>**Kellogg, IA 50135** | | - | | | | | 106,859.20 |

Sheet no. __25__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **175,937.51**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Vantage Industries, LLC**                                      , Case No.     **07-45005**

                                                 Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Mitsubishi Electric Automation** <br>**500 Corporate Woods Pky** <br>**Vernon Hills, IL 60061-3108** | - | | | | | | 3,608.83 |
| Account No. <br><br> **Mitutoyo of America Corp.** <br>**958 Corporate Blvd** <br>**Aurora, IL 60504** | - | | | | | | 2,299.00 |
| Account No. <br><br> **Representing:** <br>**Mitutoyo of America Corp.** | | | **Caine & Weiner** <br>**Kevin Krauss** <br>**P. O. Box 468** <br>**Buffalo, NY 14231** | | | | |
| Account No. <br><br> **Moore Business Forms** <br>**25885 W Eight Mile Road** <br>**Detroit, MI 48240** | - | | | | | | 151.20 |
| Account No. <br><br> **Morrison Equipment Co.** <br>**1825 MONROE** <br>**P.O. BOX 1803** <br>**GRAND RAPIDS, MI 49501** | - | | | | | | 113.23 |

Sheet no. __26__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal         
(Total of this page)       **6,172.26**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037             Best Case Bankruptcy

In re __Vantage Industries, LLC__ , Case No. __07-45005__

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| MORRISON INDUSTRIAL EQUIPMENT 28551 Laura Ct. Elkhart, IN 46517 | - | | | | | | 3,681.43 |
| Account No. | | | | | | | |
| MOTION INDUSTRIES 2154 PRODUCTION RD. KENDALLVILLE, IN 46755 | - | | | | | | 712.58 |
| Account No. | | | | | | | |
| MPD Welding 4200 S. Lapeer Road Orion, MI 48359 | - | | | | | | 532.00 |
| Account No. | | | | | | | |
| MPT Drives, Inc. 950 East Mandoline P.O. Box 71950 Madison Heights, MI 48071-0950 | - | | | | | | 636.00 |
| Account No. | | | | | | | |
| Mullane Industries 5941 Livernois Avenue Detroit, MI 48210-1756 | - | | | | | | 2,250.00 |

Sheet no. __27__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) __7,812.01__

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

In re **Vantage Industries, LLC** , Case No. **07-45005**
Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| N N Metal Stampings, Inc 510 Maple Street Pioneer, OH 43554 | - | | | | | | 283.90 |
| Account No. | | | | | | | |
| NALCO CO. 1610 CLARA ST. P.O. BOX 1366 JACKSON, MI 49204 | - | | | | | | 1,916.10 |
| Account No. | | | | | | | |
| National Chemical and Oil Corp 21251 Meyers Oak Park, MI 48237 | - | | | | | | 1,053.70 |
| Account No. | | | | | | | |
| National Technical Systems 12601 SOUTHFIELD RD. DETROIT, MI 48223 | - | | | | | | 44,530.00 |
| Account No. Representing: National Technical Systems | | | Michael R. Stillman, Esq. 7091 Orchard Lake Road, Ste. 270 West Bloomfield, MI 48322 | | | | |

Sheet no. __28__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) **47,783.70**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re  **Vantage Industries, LLC**                                    Case No.  **07-45005**
_____ ,
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **Neff Engineering 3575 HILL 23 DRIVE FLINT, MI 48597** | | - | | | | | | 560.03 |
| Account No. **Northern Indiana Fuel and Light P.O. Box 526 Auburn, IN 46706** | | - | | | | | | 5,488.53 |
| Account No. **REPRESENTING: Northern Indiana Fuel and Light** | | | | **Statewide Credit Ass'n P. O. Box 781268 Indianapolis, IN 46278** | | | | |
| Account No. **Optical Gaging Products, Inc. 850 Hudson Ave. Rochester, NY 14621-4896** | | - | | | | | | 276.99 |
| Account No. **Orbis Div. Menasha Corp. 1101 East Whitcomb Madison Heights, MI 48071** | | - | | | | | | 306.41 |

Sheet no. **29** of **43** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          **6,631.96**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re     **Vantage Industries, LLC**                                          Case No.     **07-45005**
                                        Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Panther II**<br>**1114 N. COURT ST.**<br>**P.O. BOX 713**<br>**P.M.B. 208**<br>**MEDINA, OH 44256** | - | | | | | | 385.40 |
| Account No.<br><br>**Personal Uniform Service**<br>**10100 Capital Ave**<br>**Oak Park, MI 48237** | - | | | | | | 48.38 |
| Account No.<br><br>**Plastech**<br>**2233 Petit St.**<br>**Port Huron, MI 48060** | - | | | | | | 20,484.00 |
| Account No.<br><br>**PLEXUS SYSTEM**<br>**1731 HARMON RD.**<br>**AUBURN HILLS, MI 48326** | - | | | | | | 12,169.60 |
| Account No.<br><br>**Precision Devices, Inc.**<br>**606 County Street**<br>**Milan, MI 48160** | - | | | | | | 0.00 |

Sheet no. __30__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

33,087.38

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Vantage Industries, LLC**                                                                 Case No.    **07-45005**
_____,
                            Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | Jill M. LaVoy, Esq. | | | | |
| **Representing: Precision Devices, Inc.** | | | | | **LaVoy & Zagorski, P.C. 2 East First St., Ste. 207 Monroe, MI 48161** | | | | |
| Account No. | | | | | Robert Bassell, Esq. | | | | |
| **Representing: Precision Devices, Inc.** | | | | | **Kemp Klein 201 W. Big Beaver Road, 6th Floor Troy, MI 48084** | | | | |
| Account No. | | | | | | | | | |
| **Pro Turf 4280 Matthew Lane White Lake, MI 48383** | | - | | | | | | | 600.00 |
| Account No. | | | | | | | | | |
| **Pro-Active Fluid Power 44383 REYNOLDS DR. CLINTON TWP, MI 48036** | | - | | | | | | | 300.00 |
| Account No. | | | | | | | | | |
| **Production Saw & Machine 9091 South Meridian Rd Clark Lake, MI 49234** | | - | | | | | | | 11,881.35 |

Sheet no. __31__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                                12,781.35

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

In re   **Vantage Industries, LLC**_____,   Case No.   **07-45005**_____

                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**Production Tool Supply** <br>**32011 Stephenson Hwy** <br>**Madison Heights, MI 48071** | | - | | | | | 1,159.77 |
| Account No. <br><br>REPRESENTING: <br>**Production Tool Supply** | | | Muller, Muller, et al <br>P. O. Box 3026 <br>Birmingham, MI 48012-3026 | | | | |
| Account No. <br><br>**Quality Engineering Services** <br>**1547 Lyell Ave.** <br>**Rochester, NY 14606** | | - | | | | | 8,659.00 |
| Account No. <br><br>**Quality Measuring Tool Repair** <br>**103 W. Church St.** <br>**Capac, MI 48014** | | - | | | | | 783.00 |
| Account No. <br><br>**Quality Screw & Nut** <br>**101 Frontier Way** <br>**Bensenville, IL 60106** | | - | | | | | 3,147.50 |

Sheet no. __32__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                          Subtotal <br>             (Total of this page)        **13,749.27**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re __Vantage Industries, LLC_____, Case No. ___07-45005_____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | | | | | |
| **RAYMONDS TOOL & GAUGE, LLC** **PO BOX 106 06-726 RD. N-30** **MONTPELIER, OH 43543-0106** | - | | | | | | | **6,140.00** |
| Account No. | | | | **RMS** **P. O. Box 509** **Richfield, OH 44286** | | | | |
| Representing: **RAYMONDS TOOL & GAUGE, LLC** | | | | | | | | |
| Account No. | | | | | | | | |
| **Reska Spline Products Inc** **25225 Easy Street** **PO Box 964** **Warren, MI 48090** | - | | | | | | | **6,184.70** |
| Account No. | | | | | | | | |
| **Rome Die Casting** **29 Westside Ind. Blvd.** **Rome, GA 30165** | - | | | | | | | **198,354.80** |
| Account No. | | | | **Judgment entered in 42nd District Ct.** | | | | |
| **Romeo Expeditors Inc** **69210 Powell Road** **Romeo, MI 48065** | - | | | | | | | **612.56** |

Sheet no. __33__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**211,292.06**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re     **Vantage Industries, LLC**                                          Case No.     **07-45005**
                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Safety Services 5286 WYNN ROAD PO BOX 3539 KALAMAZOO, MI 49003** | - | | | | | | 88.41 |
| Account No. **SGS US Testing Co. Inc-S & S C 201 Route 17 North Rutherford, NJ 07070** | - | | | | | | 2,186.50 |
| Account No. Representing: **SGS US Testing Co. Inc-S & S C** | | | **Art Mathews Mathews, Nicols & Associates 46 Berglund Avenue Staten Island, NY 10314** | | | | |
| Account No. **Sigma Manufacturing 3720 Lapeer Rd. Auburn Hills, MI 48326** | - | | | | | | 216,301.40 |
| Account No. **Sigma Stamping Div. of Koppy C 2100 Brown Rd. Auburn Hills, MI 48326** | - | | | | | | 191,903.75 |

Sheet no. __34__ of __43__ sheets attached to Schedule of                              Subtotal
Creditors Holding Unsecured Nonpriority Claims                              (Total of this page)                  410,480.06

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                              Best Case Bankruptcy

In re **Vantage Industries, LLC**         Case No. **07-45005**

Debtor

## SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **SKINNER TRANSFER CORPORATION** **2020 E. Main Street** **PO Box 438** **Reedsburg, WI 53959** | - | | | | | | 12,566.55 |
| Account No. **Speedgrip Chuck, Inc.** **2000 E. INDUSTRIAL PARKWAY** **ELKHART, IN 46515** | - | | | | | | 551.97 |
| Account No. **ST. PAUL TRAVELERS** **22930 NINE MILE RD.** **ST. CLAIR SHORES, MI 48080** | - | | | | | | 8,719.43 |
| Account No. **Starcutter** **23461 Industrial Park Drive** **Farmington Hills, MI 48335** | - | | | | | | 3,690.81 |
| Account No. **STARR INSTRUMENT SERVICE** **1101 WEST LAWRENCY HWY** **PO BOX 188** **CHARLOTTE, MI 48813** | - | | | | | | 360.00 |

Sheet no. __35__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)     25,888.76

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037       Best Case Bankruptcy

In re    **Vantage Industries, LLC** _____,    Case No. _____**07-45005**_____

                               Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**TEAM QUALITY SERVICES**<br>**4483 COUNTY ROAD 19**<br>**SUITE B**<br>**AUBURN, IN 46706** | - | | | | | | 8,839.71 |
| Account No. <br><br>**Technical Solutions**<br>**229 N. Main St.**<br>**Evart, MI 49631** | - | | | | | | 20,115.60 |
| Account No. <br><br>**Representing:**<br>**Technical Solutions** | | | **Kimberly L. Booher, Esq.**<br>**P. O. Box 1097**<br>**Evart, MI 49631** | | | | |
| Account No. <br><br>**Teddy's Transport**<br>**4201 M-40**<br>**Holland, MI 49423** | - | | | | | | 532.38 |
| Account No. <br><br>**TELESIS TECHNOLOGIES**<br>**28181 RIVER DRIVE**<br>**CIRCLEVILLE, OH 43113** | - | | | | | | 1,004.29 |

Sheet no. __**36**__ of __**43**__ sheets attached to Schedule of             Subtotal

Creditors Holding Unsecured Nonpriority Claims         (Total of this page)       **30,491.98**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037               Best Case Bankruptcy

In re **Vantage Industries, LLC** _____, Case No. ___**07-45005**_____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **THE TRUCKLOAD CONNECTION,** <br> **PO BOX 28429** <br> **COLUMBUS, OH 43228** | - | | | | | | 1,088.00 |
| Account No. <br><br> **TIME SERVICES** <br> **200 HOOSIER DRIVE** <br> **ANGOLA, IN 46703** | - | | | | | | 3,196.96 |
| Account No. <br><br> **TKO Staffing** <br> **30801 Barrington Ste.120** <br> **Madison Heights, MI 48071** | - | | | | | | 13,139.32 |
| Account No. <br><br> **TORK PRODUCTS INC.** <br> **4125 N. CLINTON ST** <br> **FT. WAYNE, IN 46805** | - | | | | | | 389.07 |
| Account No. <br><br> **Town of Hamilton** <br> **7750 S. Wayne St.** <br> **Hamilton, IN 46742-0310** | - | | | | | | 272.21 |

Sheet no. __**37**__ of __**43**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ▸
(Total of this page)

18,085.56

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037
Best Case Bankruptcy

In re __Vantage Industries, LLC_____,     Case No. ___07-45005_____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **TOYODA MACHINERY USA** **316 W. UNIVERSITY DRIVE** **ARLINGTON HEIGHTS, IL 60004** | | - | | | | X | X | X | 192,928.80 |
| Account No. | | | | | Edward J. Underhill, Esq. Masuda, Funai, et al 1475 E. Woodfield Road, Ste. 800 Schaumburg, IL 60173-5485 | | | | |
| Representing: **TOYODA MACHINERY USA** | | | | | | | | | |
| Account No. | | | | | | | | | |
| **Transmatic Manufacturing Co** **300 East 48th Street** **Holland, MI 49423** | | - | | | | | | | 8,030.30 |
| Account No. | | | | | Muller, Muller 33233 S. Woodward Avenue Birmingham, MI 48009 | | | | |
| Representing: **Transmatic Manufacturing Co** | | | | | | | | | |
| Account No. | | | | | | | | | |
| **Tri-State Dunnage** **1128 S. STREET** **NOBLEVILLE, IN 46060** | | - | | | | | | | 3,326.13 |

Sheet no. __38__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

204,285.23

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re __Vantage Industries, LLC_____,  Case No. ___07-45005_____
                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| Try Hours PO Box 8809 Maumee, OH 43537 | | - | | | | | | | 2,420.58 |
| Account No. | | | | | | | | | |
| Ty Miles, Inc. 9855 Derby Lane Westchester, IL 60154 | | - | | | | | | | 953.62 |
| Account No. | | | | | | | | | |
| Unifirst Corporation 4520 SECRETARY DRIVE Ft. Wayne, IN 46808 | | - | | | | | | | 291.21 |
| Account No. | | | | | | | | | |
| Unishippers 2911 Pontiac Lake Road Suite A Waterford, MI 48328 | | - | | | | | | | 4,114.65 |
| Account No. | | | | | | | | | |
| Universal Measurement 5780 Urbana Road Springfield, OH 45502 | | - | | | | | | | 1,271.76 |

Sheet no. __39__ of __43__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                 9,051.82

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

In re   **Vantage Industries, LLC**             ,        Case No.    **07-45005**

                                          Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | |
| Account No. | | | | | | | | | |
| **UPS SUPPLY CHAIN SOLUTIONS ATTN: CUSTOMS BROKERAGE SERVICES PO BOX 34486 LOUISVILLE, KY 40232** | - | | | | | | | | 601.44 |
| Account No. | | | | | | | | | |
| **USF Holland 750 EAST 40TH STREET HOLLAND, MI 49423** | - | | | | | | | | 1,098.61 |
| Account No. | | | | | Judgment entered in 6th Circuit Court action. | | | | |
| **Vanderford, David 11716 Seneca Drive Warren, MI 48093-7052** | - | | | | | | | | 85,190.00 |
| Account No. | | | | | **Michael Greiner, Esq. Financial Law Group, P.C. 29405 Hoover Road Warren, MI 48093** | | | | |
| **Representing: Vanderford, David** | | | | | | | | | |
| Account No. | | | | | | | | | |
| **Vani Quality Quest, Inc 1675 E. Whitcomb Madison Heights, MI 48071** | - | | | | | | | | 5,386.97 |

Sheet no. __**40**__ of __**43**__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      **92,277.02**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re    **Vantage Industries, LLC** _____,    Case No. _____**07-45005**_____

Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| **Account No.** | | - | | | | | | |
| **VERIFICATIONS, INC.** **6900 WEDGEWOOD RD., NORTH** **SUITE 120** **MAPLE GROVE, MN 55311** | | | | | | | | 100.20 |
| **Account No.** | | - | | | | | | |
| **WALMART STORES, INC.** **Store # 1709** **Angola, IN** | | | | | | | | 617.00 |
| **Account No.** | | - | | | | | | |
| **Warners Snow Removal, Inc.** **910 Ortonville Rd., Suite 300** **Ortonville, MI 48462** | | | | | | | | 1,860.00 |
| **Account No.** | | - | | | | | | |
| **WASTE MANAGEMENT** **48797 ALPHA DR., SUITE 150** **WIXOM, MI 48393** | | | | | | | | 321.68 |
| **Account No.** | | - | | | | | | |
| **WAYNE-DIV. OF JANITOR'S SUPPLY** **5005 SPEEDWAY DRIVE** **FORT WAYNE, IN 46825** | | | | | | | | 521.34 |

Sheet no. __41__ of __43__ sheets attached to Schedule of        Subtotal
Creditors Holding Unsecured Nonpriority Claims       (Total of this page)    **3,420.22**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037        Best Case Bankruptcy

In re   **Vantage Industries, LLC**             ,      Case No.    **07-45005**

                              Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**WILSON AIR EQUIPMENT COMPANY**<br>**5088 MEREDITH DR.**<br>**P.O. BOX 2620**<br>**KALAMAZOO, MI 49003** | - | | | | | | 7,798.32 |
| Account No.<br><br>**Wilson Welding & Medical Gases**<br>**1065 Cesar E. Chavez Ave.**<br>**Pontiac, MI 48340** | - | | | | | | 4,136.35 |
| Account No.<br><br>**Workers World**<br>**240 S.Broadway Street**<br>**Butler, IN 46721** | - | | | | | | 1,118.98 |
| Account No.<br><br>**XY TOOL & DIE, INC.**<br>**6492 STATE RD 205**<br>**P.O. BOX 217**<br>**LAOTTO, IN 46763** | - | | **Judgment entered in Dekalb Superoir Court, Indiana** | | | | 42,707.02 |
| Account No.<br><br>**Representing:**<br>**XY TOOL & DIE, INC.** | | | **Timothy Claxton, Esq.**<br>**Burt Blee et al**<br>**200 E. Main Street, Suite 1000**<br>**Fort Wayne, IN 46802** | | | | |

Sheet no. __42__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

              Subtotal
          (Total of this page)      **55,760.67**

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

In re **Vantage Industries, LLC**                                                Case No. __07-45005__
                                                    Debtor

# SCHEDULE F. CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **Yamazen, Inc. 735 E. Remington Rd. Schaumburg, IL 60173** | - | | | | | | **320.00** |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |
| Account No. | | | | | | | |

Sheet no. __43__ of __43__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | **320.00** |
|---|---|---|
| | Total (Report on Summary of Schedules) | **4,878,848.13** |

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

In re    **Vantage Industries, LLC**             Case No.    **07-45005**
_____,
Debtor

# SCHEDULE G. EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed.R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Koppy Corporation**<br>**199 Kay Industrial Drive**<br>**Lake Orion, MI 48359** | **Lease with Koppy Corporation dated March 14, 2005 for the following equipment:**<br>**Schedule 1 - (1) Miyano LZ-02R Lathe (S/N LZ2R0072)**<br>**Schedule 2 - (4) Miyano LZ-02R 2-Axis Self Loading Turning Centers**<br>**Schedule 3 - (1) Brown & Sharpe Global FX Coordinate Measuring Machine (S/N 0205-6204)**<br>    **(1) Technical Solutions Semi-Automatic Flywheel Welder (S/N 0567A001, plus**<br>      **tooling S/N 0627A002)**<br>    **(1) Resistence Welder for Scuff Plate (S/N 0633A001)**<br>    **(1) 3 1/4 Ton Resistence Weld Chiller (S/N 0205478)**<br>**Schedule 4 - (1) Balance Technology Model VR-25A-CP-45 Flywheel Balance System (S/N 11675)**<br>**Schedule 5 - (1) Painter 35" Wide Three Stage Industrial Stainless Steel Washer (S/N P0041201)**<br>**Schedule 6 - (2) Fuji Model ANW-30T Duel CNC Lathes (S/N 14853/14856)**<br>    **(2) Fuji Model ANS-31P Single Spindle CNC Lathes (S/N 14854/14857)**<br>    **(2) Fuji Model HM-30T1 CNC Milling Centers (S/N 14855/14858)**<br>**Schedule 7 - (1) BTI Model VR-25SA-CD-35 Flywheel Balancing System (S/N 11709)** |
| **Prater Holdings, LLC**<br>**199 Kay Industrial Drive**<br>**Lake Orion, MI 48359** | **Non-residential real property lease for 7790 S. Homestead Drive, Hamilton Indiana** |
| **The Prater Group, LLC**<br>**199 Kay Industrial Drive**<br>**Lake Orion, MI 48359** | **Non-residential real property lease for 3740 Lapeer Road, Auburn Hills, Michigan** |

  **0**   continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037           Best Case Bankruptcy

In re  **Vantage Industries, LLC**                                         , Case No.  **07-45005**
                                        Debtor

# SCHEDULE H. CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, indicate that by stating "a minor child" and do not disclose the child's name. See 11 U.S.C. § 112; Fed. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Jessie Beld-Elliott**<br>**7400 Lahser**<br>**Bloomfield Hills, MI 48301** | **Comerica**<br>**500 Woodward Avenue**<br>**Detroit, MI 48226** |
| **Koppy Corporation**<br>**199 Kay Industrial Drive**<br>**Lake Orion, MI 48359** | **Comerica**<br>**500 Woodward Avenue**<br>**Detroit, MI 48226** |
| **Ronald Prater**<br>**299 Kay Industrial Drive**<br>**Lake Orion, MI 48359** | **Comerica**<br>**500 Woodward Avenue**<br>**Detroit, MI 48226** |
| **The Prater Group, LLC**<br>**199 Kay Industrial Drive**<br>**Lake Orion, MI 48359** | **Comerica**<br>**500 Woodward Avenue**<br>**Detroit, MI 48226** |

  **0**   continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2007 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                         Best Case Bankruptcy

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Vantage Industries, LLC
                                        Debtor(s)

Case No.   07-45005
Chapter   7

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets *[total shown on summary page plus 2]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date _____   Signature: _____
                                                     Debtor

Date _____   Signature: _____
                                               (Joint Debtor, if any)

*[If joint case, both spouses must sign.]*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the   Authorized Agent   [the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership] of the   corporation   [corporation or partnership] named as a debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   66   sheets *[total shown on summary page plus 1]*, and that they are true and correct to the best of my knowledge, information, and belief.

Date   July 9, 2007   Signature:   /s/ Ronald Prater
                                                Ronald Prater
                                             [Print or type name of individual signing on behalf of debtor]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Eastern District of Michigan

In re  Vantage Industries, LLC _____  Case No. ___07-45005___

Debtor(s)  Chapter ___7___

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. Do not include the name or address of a minor child in this statement. Indicate payments, transfers and the like to minor children by stating "a minor child." See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

_____

### 1. Income from employment or operation of business

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $0.00 | 2007 - not available |
| $4,847,474.82 | 2006 gross income from business |
| $3,096,967.00 | 2005 - gross income from business |

### 2. Income other than from employment or operation of business

None
■

State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

AMOUNT                SOURCE

**3. Payments to creditors**

None
■   *Complete a. or b., as appropriate, and c.*

    a.   *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None
☐   b.   *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,000. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| SEE ATTTACHED LIST. | | $0.00 | $0.00 |

None
☐   c.   *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| SEE ATTACHED LIST. | | $0.00 | $0.00 |

    **4. Suits and administrative proceedings, executions, garnishments and attachments**

None
☐   a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Kendall Electric Inc v Vantage Industries of Indiana Case No. 069422SC | | 10th District Court, Battle Creek, Michigan | Judgment entered on February 26, 2007 for $504.94 |
| Romeo Expeditors, Inc. v Vantage Industries Case No. SC070007 | | 42nd District Court, Romeo, Michigan | Judgment entered on February 25, 2007 for $612.56 |
| K&Y Manufacturing, Inc. v Vantage Industries Case No. 06-078982-CZ | | 6th Circuit Court, Pontiac, Michigan | Judgment entered on December 26, 2006 for $54,211.74. |
| David Vanderford v Vantage Industries, LLC Case No. 06-079114-CK | | 6th Circuit Court, Pontiac, Michigan | Judgment entered on January 11, 2007 in the amount of $85,190.00. |
| X-Y Tool & Die, Inc. v Vantage Industries Case No. 17D02-0610-PL-49 | | Dekalb Superior Court, Indiana | Judgment entered on Nov. 10, 2006 for $42,707.02 |

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Co-Op Express, Inc. v Vantage Industries Case No. 7D01 0612 CC 0708 | | Steuben Circuit/Superior Court, Angola, Indiana | Pending |
| Trans-Matic Manufacturing Co. v Vantage Industries Case No. 07 C00332 GC | | 52-3 District Court, Rochester Hills, Michigan | Pending |
| Express-1 Expedited Solutions, Inc. v Vantage Industries, LLC Case No. 06-3165-CK-M | | Courthouse, 811 Port Street, St. Joseph, MI 49085 | Pending |
| Addy Machinery Co. v Vantage Industries, LLC Case No. 06-078004-CK | | Oakland County Circuit Court, Pontiac, Michigan | Judgment entered in the amount of $294,165.00 |
| Production Tool Supply Company v Vantage Industries Case No. 07-000104 GC | | 52-3 District Court, Rochester Hills, MI | Pending |
| Precision Devices, Inc. v Vantage Industries, LLC Case No. 06-22564-CZ | | 38th Circuit Court, Monroe, Michigan | Judgment entered in the amount of $73,858.75 |
| ALRO Steel Corp v Vantage Industries 06-C07236GC | | 52-3 District Court Rochester Hills, Michigan | Judgment entered on March 14, 2007 in the amount of $5,589.20 |
| DMC Associates, Inc. v Vantage Industries, LLC, et al Case No. 06 CV 643 | | Wood County Common Pleas Court, Wood County, Ohio | Default Judgment entered on January 17, 2007 in the amount of $66,328.49. |

None ■ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**5. Repossessions, foreclosures and returns**

None ☐ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| Toyoda Machinery USA Corporation c/o Edward J. Underhill, Esq. Masuda, Funai, Eifert & Mitchell, Ltd. 203 N. LaSalle St., Ste. 2500 Chicago, IL 60601-1262 | February 7, 2007 | Two (2) Toyoda CNC Grinding Machines, Model GE4A-50M, Serial Nos. RCB-1035 and RCB-1039, and any and all auxiliary equipment and accessories thereof. |

### 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

### 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

### 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

### 9. Payments related to debt counseling or bankruptcy

None ☐ List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| SEE ATTACHED. | | |

### 10. Other transfers

None ☑ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■   b.  List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ■   List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

### 12. Safe deposit boxes

None ■   List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■   List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

### 14. Property held for another person

None ■   List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

### 15. Prior address of debtor

None ■   If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

### 16. Spouses and Former Spouses

None ■   If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None ■ a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ■ c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

**18 . Nature, location and name of business**

None ■ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOC. SEC. NO./ COMPLETE EIN OR OTHER TAXPAYER I.D. NO. | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None ■ b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
|---|---|

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or

owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

### 19. Books, records and financial statements

None ☐    a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Paul Edwards | From inception through 12/06 |
| 19176 Hall Road, Suite 300 | |
| Clinton Township, MI 48038 | |

None ☐    b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| Todd Fox | Doeren Mayhew | 01/07 through current |
| | 755 W. Big Beaver Road | |
| | Suite 2300 | |
| | Troy, MI 48084 | |

None ☐    c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| Koppy Corporation | 199 Kay Industrial Drive |
| | Lake Orion, MI 48359 |

None ■    d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

### 20. Inventories

None ☐    a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|
| 10/31/2005 | Ron Gould (former employee) | 1,559,228.00 |
| 01/23/2007 | Steve Wybo - Conway MacKenzie & Dunleavy | 178,097.26 |

None ☐    b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|
| 10/31/2005 | Debtor |
| 01/23/2007 | Debtor |

**21 . Current Partners, Officers, Directors and Shareholders**

None ☐   a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|
| Jessie Beld-Elliott<br>7400 Lahser<br>Bloomfield Hills, MI 48301 | Manager | |
| Ramon M. Santos<br>192 W. Washington<br>Romeo, MI 48065 | Manager | |
| Ronald E. Prater<br>199 Kay Industrial Drive<br>Lake Orion, MI 48359 | Manager | |
| Jessie Beld-Elliott<br>7400 Lahser<br>Bloomfield Hills, MI 48301 | Member | 40% |
| Ramon M. Santos<br>192 W. Washington<br>Romeo, MI 48065 | Member | 11% |
| The Prater Group, LLC<br>199 Kay Industrial Drive<br>Lake Orion, MI 48359 | Member | 49% |

None ■   b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE<br>OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■   a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■   b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■   If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■   If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                 TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   July 9, 2007                     Signature   /s/ Ronald Prater
                                                       Ronald Prater
                                                       Authorized Agent

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

9

**25. Pension Funds.**

None ■   If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND                                      TAXPAYER IDENTIFICATION NUMBER (EIN)

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  July 9, 2007                          Signature  /s/ Ronald Prater
                                                       Ronald Prater
                                                       Authorized Agent

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

Software Copyright (c) 1996-2007 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                Best Case Bankruptcy

IN RE:    VANTAGE INDUSTRIES, LLC

Chapter 7 Case No. 07-45005

## STATEMENT OF FINANCIAL AFFAIRS

3 b).   Debtor whose debts are not primarily consumer debts:  List each payment or other transfer to any creditor made within 90 days immediately preceding the commencement of the case if the aggregate value of all property that constitutes or is affected by such transfer is not less than $5,475.

| Name of Creditor | Address 1 | City | State | Zip | Payment Date | Amount paid |
|---|---|---|---|---|---|---|
| ADP, Inc. | N/A | N/A | N/A | n/a | 3/8/2007 | $ 5,187.70 |
| ADP, Inc. | N/A | N/A | N/A | n/a | 3/14/2007 | 1,516.80 |
| ADP, Inc. | N/A | N/A | N/A | n/a | 3/14/2007 | 1,500.00 |
| ADP, Inc. | N/A | N/A | N/A | n/a | 3/14/2007 | 554.93 |
| ADP, Inc. | N/A | N/A | N/A | n/a | 3/14/2007 | 519.81 |
| ADP, Inc. | N/A | N/A | N/A | n/a | 3/14/2007 | 138.14 |
| ADP, Inc. | N/A | N/A | N/A | n/a | 3/28/2007 | 3,112.96 |
| ADP, Inc. | N/A | N/A | N/A | n/a | 1/5/2007 | 542.33 |
| ADP, Inc. | N/A | N/A | N/A | n/a | 1/17/2007 | 1,128.41 |
| ADP, Inc. | N/A | N/A | N/A | n/a | 1/23/2007 | 248.78 |
| ADP, Inc. | N/A | N/A | N/A | n/a | 3/6/2007 | 2,488.27 |
| ADP, Inc. | N/A | N/A | N/A | n/a | 3/7/2007 | 1,422.94 |
| Amtek Gears, Inc. | 5300 Mackinaw Road | Bay City | MI | 48706 | 12/18/2006 | 43,841.75 |
| Amtek Gears, Inc. | 5300 Mackinaw Road | Bay City | MI | 48706 | 12/21/2006 | 46,857.50 |
| Amtek Gears, Inc. | 5300 Mackinaw Road | Bay City | MI | 48706 | 1/4/2007 | 14,739.20 |
| Amtek Gears, Inc. | 5300 Mackinaw Road | Bay City | MI | 48706 | 1/5/2007 | 14,739.20 |
| Blue Cross Blue Shield | P.O. Box 2260 | Detroit | MI | 48231-2260 | 12/22/2006 | 27,452.95 |
| Bodman Llp | 6Th Floor At Ford Field 1901 St. Antoine | Detroit | MI | 48226 | 1/12/2007 | 5,597.35 |
| City Of Auburn Hills | 1827 N Squirrel Rd | Auburn Hills | MI | 48326 | 1/30/2007 | 10,676.08 |
| Consumers Energy | Consumers Energy | Lansing | MI | 48937-0002 | 12/22/2006 | 5,614.05 |
| Consumers Energy | Consumers Energy | Lansing | MI | 48937-0002 | 1/23/2007 | 8,093.02 |
| Consumers Energy | Consumers Energy | Lansing | MI | 48937-0002 | 3/6/2007 | 6,277.13 |
| Continental Sales | 5555 Gateway Drive | Sterling Hts. | MI | 48310 | 12/19/2006 | 12,826.66 |
| Continental Sales | 5555 Gateway Drive | Sterling Hts. | MI | 48310 | 12/19/2006 | 8,090.99 |
| Continental Sales | 5555 Gateway Drive | Sterling Hts. | MI | 48310 | 1/3/2007 | 7,755.58 |
| Continental Sales | 5555 Gateway Drive | Sterling Hts. | MI | 48310 | 1/3/2007 | 3,325.88 |
| Continental Sales | 5555 Gateway Drive | Sterling Hts. | MI | 48310 | 1/9/2007 | 10,743.08 |
| Continental Sales | 5555 Gateway Drive | Sterling Hts. | MI | 48310 | 1/9/2007 | 4,998.76 |
| Continental Sales | 5555 Gateway Drive | Sterling Hts. | MI | 48310 | 1/18/2007 | 20,649.36 |
| Continental Sales | 5555 Gateway Drive | Sterling Hts. | MI | 48310 | 1/18/2007 | 2,836.00 |
| Continental Sales | 5555 Gateway Drive | Sterling Hts. | MI | 48310 | 1/22/2007 | 11,730.17 |
| Continental Sales | 5555 Gateway Drive | Sterling Hts. | MI | 48310 | 1/22/2007 | 3,105.20 |
| Conway Mackenzie & Dunleavy | 401 S. Oldwoodwar, Suite 301 | Birmingham | MI | 48009 | 12/14/2006 | 12,279.74 |
| Conway Mackenzie & Dunleavy | 401 S. Oldwoodwar, Suite 301 | Birmingham | MI | 48009 | 1/3/2007 | 15,394.50 |
| Conway Mackenzie & Dunleavy | 401 S. Oldwoodwar, Suite 301 | Birmingham | MI | 48009 | 1/10/2007 | 7,291.23 |
| Conway Mackenzie & Dunleavy | 401 S. Oldwoodwar, Suite 301 | Birmingham | MI | 48009 | 1/16/2007 | 3,716.89 |
| Conway Mackenzie & Dunleavy | 401 S. Oldwoodwar, Suite 301 | Birmingham | MI | 48009 | 1/26/2007 | 3,435.75 |
| Conway Mackenzie & Dunleavy | 401 S. Oldwoodwar, Suite 301 | Birmingham | MI | 48009 | 1/30/2007 | 10,775.04 |
| Conway Mackenzie & Dunleavy | 401 S. Oldwoodwar, Suite 301 | Birmingham | MI | 48009 | 3/6/2007 | 12,227.00 |
| Doeren Mayhew & Co., P.C | 755 West Big Beaver Rd., Suite 2300 | Troy | MI | 48084-0231 | 1/30/2007 | 10,000.00 |

| Name of Creditor | Address 1 | City | State | Zip | Payment Date | Amount paid |
|---|---|---|---|---|---|---|
| Dr. Lubricants, Inc. | 755 West Big Beaver Rd., Suite 2300 | Troy | MI | 48084-0231 | 1/2/2007 | 1,372.30 |
| Dr. Lubricants, Inc. | 755 West Big Beaver Rd., Suite 2300 | Troy | MI | 48084-0231 | 1/11/2007 | 1,062.60 |
| Dr. Lubricants, Inc. | 755 West Big Beaver Rd., Suite 2300 | Troy | MI | 48084-0231 | 1/12/2007 | 3,808.80 |
| Dte Energy | P.O. Box 2855 | Detroit | MI | 48260-0001 | 1/2/2007 | 32,226.41 |
| Dte Energy | P.O. Box 2855 | Detroit | MI | 48260-0001 | 1/23/2007 | 10,886.67 |
| Dte Energy | P.O. Box 2855 | Detroit | MI | 48260-0001 | 3/6/2007 | 10,899.06 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094-2162 | 12/18/2006 | 5,470.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094-2162 | 12/22/2006 | 5,172.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094-2162 | 1/4/2007 | 8,903.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094-2162 | 1/11/2007 | 2,418.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094-2162 | 1/22/2007 | 2,715.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094-2162 | 1/29/2007 | 3,764.50 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094-2162 | 2/2/2007 | 4,665.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094-2162 | 3/6/2007 | 7,065.00 |
| Geering Broach And Spline Co. | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094-2162 | 12/21/2006 | 3,000.00 |
| Geering Broach And Spline Co. | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094-2162 | 1/9/2007 | 2,700.00 |
| Geering Broach And Spline Co. | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094-2162 | 1/25/2007 | 450.00 |
| Grede Foundries- Reedsburg | 700 Ash Street | Reedsburg | WI | 53959 | 12/18/2006 | 20,318.00 |
| Grede Foundries- Reedsburg | 700 Ash Street | Reedsburg | WI | 53959 | 12/18/2006 | 18,907.50 |
| Grede Foundries- Reedsburg | 700 Ash Street | Reedsburg | WI | 53959 | 12/18/2006 | 1,562.28 |
| Grede Foundries- Reedsburg | 700 Ash Street | Reedsburg | WI | 53959 | 12/21/2006 | 20,484.00 |
| Grede Foundries- Reedsburg | 700 Ash Street | Reedsburg | WI | 53959 | 1/4/2007 | 22,980.00 |
| Grede Foundries- Reedsburg | 700 Ash Street | Reedsburg | WI | 53959 | 1/10/2007 | 20,676.27 |
| Grede Foundries- Reedsburg | 700 Ash Street | Reedsburg | WI | 53959 | 1/12/2007 | 21,940.00 |
| Grede Foundries- Reedsburg | 700 Ash Street | Reedsburg | WI | 53959 | 1/17/2007 | 17,565.00 |
| Grede Foundries- Reedsburg | 700 Ash Street | Reedsburg | WI | 53959 | 1/19/2007 | 14,530.00 |
| Grede Foundries, Inc. | 700 Ash Street | Reedsburg | WI | 53959 | 12/18/2006 | 44,047.72 |
| Grede Foundries, Inc. | 700 Ash Street | Reedsburg | WI | 53959 | 12/18/2006 | 25,000.00 |
| Grede Foundries, Inc. | 700 Ash Street | Reedsburg | WI | 53959 | 12/19/2006 | 20,610.00 |
| Grede Foundries, Inc. | 700 Ash Street | Reedsburg | WI | 53959 | 12/21/2006 | 20,610.00 |
| Grede Foundries, Inc. | 700 Ash Street | Reedsburg | WI | 53959 | 1/4/2007 | 25,000.00 |
| Grede Foundries, Inc. | 700 Ash Street | Reedsburg | WI | 53959 | 1/5/2007 | 20,610.00 |
| Grede Foundries, Inc | 700 Ash Street | Reedsburg | WI | 53959 | 1/10/2007 | 25,000.00 |
| Grede Foundries, Inc. | 700 Ash Street | Reedsburg | WI | 53959 | 1/11/2007 | 20,610.00 |
| Grede Foundries, Inc. | 700 Ash Street | Reedsburg | WI | 53959 | 1/17/2007 | 25,000.00 |
| Grede Foundries, Inc. | 700 Ash Street | Reedsburg | WI | 53959 | 1/18/2007 | 20,610.00 |
| Hcs Resources | 700 Ash Street | Reedsburg | WI | 53959 | 12/18/2006 | 726.00 |
| Hcs Resources | 700 Ash Street | Reedsburg | WI | 53959 | 12/22/2006 | 1,112.10 |
| Hcs Resources | 700 Ash Street | Reedsburg | WI | 53959 | 1/4/2007 | 1,808.40 |
| Hcs Resources | 700 Ash Street | Reedsburg | WI | 53959 | 1/9/2007 | 1,941.06 |

| Name of Creditor | Address 1 | City | State | Zip | Payment Date | Amount paid |
|---|---|---|---|---|---|---|
| Hcs Resources | 700 Ash Street | Reedsburg | WI | 53959 | 1/16/2007 | 1,230.90 |
| Hcs Resources | 700 Ash Street | Reedsburg | WI | 53959 | 1/23/2007 | 2,622.84 |
| Hcs Resources | 700 Ash Street | Reedsburg | WI | 53959 | 3/6/2007 | 1,453.98 |
| Indiana Department Of Revenue | 100 N Senate Avenue | Indinaoplis | In | 46204-2253 | 1/3/2007 | 32,619.61 |
| Indiana Department Of Revenue | 100 N Senate Avenue | Indinaoplis | In | 46204-2253 | 1/30/2007 | 341.98 |
| Indiana Michigan Power | P.O. Box 24401 | Canton | OH | 44701-4412 | 12/22/2006 | 16,261.95 |
| Indiana Michigan Power | P.O. Box 24401 | Canton | OH | 44701-4412 | 1/23/2007 | 16,213.54 |
| Indiana Michigan Power | P.O. Box 24401 | Canton | OH | 44701-4412 | 2/1/2007 | 16,971.48 |
| Industrial Leasing | P.O. Box 24401 | Canton | OH | 44701-4412 | 12/21/2006 | 1,615.44 |
| Industrial Leasing | P.O. Box 24401 | Canton | OH | 44701-4412 | 12/21/2006 | 410.75 |
| Industrial Leasing | P.O. Box 24401 | Canton | OH | 44701-4412 | 1/23/2007 | 3,230.88 |
| Industrial Leasing | P.O. Box 24401 | Canton | OH | 44701-4412 | 1/23/2007 | 821.50 |
| Kelly Services, Inc. | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 12/19/2006 | 6,386.06 |
| Kelly Services, Inc. | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 12/22/2006 | 3,330.62 |
| Kelly Services, Inc. | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 1/4/2007 | 8,608.99 |
| Kelly Services, Inc. | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 1/9/2007 | 7,509.95 |
| Kelly Services, Inc. | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 1/16/2007 | 9,847.04 |
| Kelly Services, Inc. | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 1/23/2007 | 6,092.04 |
| Kelly Services, Inc. | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 3/6/2007 | 12,744.53 |
| Kim Supply Co. | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 12/14/2006 | 857.25 |
| Kim Supply Co. | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 12/19/2006 | 7,623.70 |
| Kim Supply Co. | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 12/20/2006 | 5,000.00 |
| Kim Supply Co. | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 1/18/2007 | 2,444.87 |
| Kim Supply Co. | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 1/19/2007 | 1,422.28 |
| Lake State Industrial | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 12/15/2006 | 1,605.00 |
| Lake State Industrial | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 12/19/2006 | 1,278.39 |
| Lake State Industrial | 3121 University Drive, Suite 16( | Auburn Hills | MI | 48326 | 12/20/2006 | 2,914.20 |
| Metal Tech - West Allis Divisi | 3800 Adams Rd. P.O. Box 39' | Ravenna | MI | 49451 | 1/5/2007 | 27,490.69 |
| Metal Tech - West Allis Divisi | 3800 Adams Rd. P.O. Box 39' | Ravenna | MI | 49451 | 1/12/2007 | 13,180.63 |
| Metal Tech - West Allis Divisi | 3800 Adams Rd. P.O. Box 39' | Ravenna | MI | 49451 | 1/19/2007 | 10,764.74 |
| Mi Dept. Of Treasury | N/A | N/A | N/A | n/a | 3/13/2007 | 5,151.93 |
| Midwest Mfg Co. | 101 High Street P.O. Box 34( | Kellogg | Ia | 50135 | 1/18/2007 | 66,326.40 |
| National Chemical And Oil Corp | 101 High Street P.O. Box 34( | Kellogg | Ia | 50135 | 12/21/2006 | 2,106.84 |
| National Chemical And Oil Corp | 101 High Street P.O. Box 34( | Kellogg | Ia | 50135 | 12/22/2006 | 60.50 |
| National Chemical And Oil Corp | 101 High Street P.O. Box 34( | Kellogg | Ia | 50135 | 1/10/2007 | 2,903.90 |
| Northern Indiana Fuel And Ligh | P.O. Box526 | Auburn | In | 46706 | 12/22/2006 | 6,948.74 |
| Northern Indiana Fuel And Ligh | P.O. Box526 | Auburn | In | 46706 | 1/23/2007 | 12,061.72 |
| Northern Indiana Fuel And Ligh | P.O. Box526 | Auburn | In | 46706 | 3/6/2007 | 16,796.16 |
| Plastech Industries | 2233 Petit St. | Port Huron | MI | 48060 | 12/19/2006 | 11,904.00 |
| Plastech Industries | 2233 Petit St. | Port Huron | MI | 48060 | 1/4/2007 | 13,660.00 |

| Name of Creditor | Address 1 | City | State | Zip | Payment Date | Amount paid |
|---|---|---|---|---|---|---|
| Plastech Industries | 2233 Petit St. | Port Huron | MI | 48060 | 1/9/2007 | 4,200.00 |
| Plastech Industries | 2233 Petit St. | Port Huron | MI | 48060 | 1/9/2007 | 3,592.00 |
| Plastech Industries | 2233 Petit St. | Port Huron | MI | 48060 | 1/16/2007 | 11,328.00 |
| Plastech Industries | 2233 Petit St. | Port Huron | MI | 48060 | 1/23/2007 | 9,832.00 |
| Plexus Systems | 2233 Petit St. | Port Huron | MI | 48060 | 12/14/2006 | 3,475.00 |
| Plexus Systems | 2233 Petit St. | Port Huron | MI | 48060 | 12/21/2006 | 445.00 |
| Plexus Systems | 2233 Petit St. | Port Huron | MI | 48060 | 12/22/2006 | 3,687.50 |
| Plexus Systems | 2233 Petit St. | Port Huron | MI | 48060 | 1/9/2007 | 3,475.00 |
| Plexus Systems | 2233 Petit St. | Port Huron | MI | 48060 | 1/16/2007 | 3,587.80 |
| Plexus Systems | 2233 Petit St. | Port Huron | MI | 48060 | 1/16/2007 | 2,549.00 |
| Plexus Systems | 2233 Petit St. | Port Huron | MI | 48060 | 1/23/2007 | 3,545.80 |
| Plexus Systems | 2233 Petit St. | Port Huron | MI | 48060 | 1/23/2007 | 2,620.20 |
| Plexus Systems | 2233 Petit St. | Port Huron | MI | 48060 | 3/6/2007 | 136.00 |
| Polar, Inc. | 2297 North Moraine Drive | Dayton | OH | 45439 | 12/21/2006 | 1,272.00 |
| Polar, Inc. | 2297 North Moraine Drive | Dayton | OH | 45439 | 1/22/2007 | 1,280.95 |
| Polar, Inc. | 2297 North Moraine Drive | Dayton | OH | 45439 | 1/25/2007 | 5,159.80 |
| Powder Cote Ii | 2297 North Moraine Drive | Dayton | OH | 45439 | 12/15/2006 | 1,707.48 |
| Powder Cote Ii | 2297 North Moraine Drive | Dayton | OH | 45439 | 1/3/2007 | 470.83 |
| Powder Cote Ii | 2297 North Moraine Drive | Dayton | OH | 45439 | 1/12/2007 | 547.75 |
| Powder Cote Ii | 2297 North Moraine Drive | Dayton | OH | 45439 | 1/15/2007 | 2,156.52 |
| Powder Cote I: | 2297 North Moraine Drive | Dayton | OH | 45439 | 1/23/2007 | 1,282.42 |
| Precision Devices, Inc. | 256 Industrial Dr. P.O. Box 27? | Hillsdale | MI | 49242 | 2/15/2007 | 74,254.33 |
| Rod Stuckey | 256 Industrial Dr. P.O. Box 27? | Hillsdale | MI | 49242 | 1/5/2007 | 3,010.00 |
| Rod Stuckey | 256 Industrial Dr. P.O. Box 27? | Hillsdale | MI | 49242 | 1/11/2007 | 1,995.00 |
| Rod Stuckey | 256 Industrial Dr. P.O. Box 27? | Hillsdale | MI | 49242 | 1/16/2007 | 2,380.00 |
| Rod Stuckey | 256 Industrial Dr. P.O. Box 27? | Hillsdale | MI | 49242 | 1/24/2007 | 2,380.00 |
| Rod Stuckey | 256 Industrial Dr. P.O. Box 27? | Hillsdale | MI | 49242 | 1/30/2007 | 2,345.00 |
| Rod Stuckey | 256 Industrial Dr. P.O. Box 27? | Hillsdale | MI | 49242 | 3/7/2007 | 3,115.00 |
| Rod Stuckey | 256 Industrial Dr. P.O. Box 27? | Hillsdale | MI | 49242 | 3/7/2007 | 2,870.00 |
| Rod Stuckey | 256 Industrial Dr. P.O. Box 27? | Hillsdale | MI | 49242 | 3/7/2007 | 1,575.00 |
| Rod Stuckey | 256 Industrial Dr. P.O. Box 27? | Hillsdale | MI | 49242 | 3/13/2007 | 1,400.00 |
| Skinner Transfer Corporation | 2020 E. Main Street Po Box 43? | Reedsburg | WI | 53959 | 12/14/2006 | 3,040.64 |
| Skinner Transfer Corporation | 2020 E. Main Street Po Box 43? | Reedsburg | WI | 53959 | 12/18/2006 | 3,728.48 |
| Skinner Transfer Corporation | 2020 E. Main Street Po Box 43? | Reedsburg | WI | 53959 | 1/3/2007 | 1,932.96 |
| Skinner Transfer Corporation | 2020 E. Main Street Po Box 43? | Reedsburg | WI | 53959 | 1/12/2007 | 5,563.12 |
| Skinner Transfer Corporation | 2020 E. Main Street Po Box 43? | Reedsburg | WI | 53959 | 1/18/2007 | 2,714.69 |
| Skinner Transfer Corporation | 2020 E. Main Street Po Box 43? | Reedsburg | WI | 53959 | 1/26/2007 | 1,747.15 |
| St. Paul Travelers | 22930 Nine Mile Rd | St. Clair Shores | MI | 48080 | 12/18/2006 | 5,002.45 |
| St. Paul Travelers | 22930 Nine Mile Rd | St. Clair Shores | MI | 48080 | 1/12/2007 | 8,719.42 |
| Technical Solutions | 229 N. Main St. | Evart | MI | 49631 | 12/19/2006 | 5,000.00 |

| Name of Creditor | Address 1 | City | State | Zip | Payment Date | Amount paid |
|---|---|---|---|---|---|---|
| Technical Solutions | 229 N. Main St. | Evart | MI | 49631 | 1/3/2007 | 5,000.00 |
| Technical Solutions | 229 N. Main St. | Evart | MI | 49631 | 1/9/2007 | 5,000.00 |
| Technical Solutions | 229 N. Main St. | Evart | MI | 49631 | 1/16/2007 | 5,000.00 |
| Technical Solutions | 229 N. Main St. | Evart | MI | 49631 | 1/23/2007 | 5,000.00 |
| Unifirst Corporation | 229 N. Main St. | Evart | MI | 49631 | 12/14/2006 | 721.93 |
| Unifirst Corporation | 229 N. Main St. | Evart | MI | 49631 | 12/21/2006 | 1,366.06 |
| Unifirst Corporation | 229 N. Main St. | Evart | MI | 49631 | 1/5/2007 | 835.11 |
| Unifirst Corporation | 229 N. Main St. | Evart | MI | 49631 | 1/23/2007 | 1,756.80 |
| Unifirst Corporation | 229 N. Main St. | Evart | MI | 49631 | 3/7/2007 | 265.45 |
| Unishippers | 2911 Pontiac Lake Road Suite A | Waterford | MI | 48328 | 12/19/2006 | 3,475.00 |
| Unishippers | 2911 Pontiac Lake Road Suite A | Waterford | MI | 48328 | 1/9/2007 | 3,037.77 |
| Unishippers | 2911 Pontiac Lake Road Suite A | Waterford | MI | 48328 | 1/24/2007 | 5,422.09 |
| Unishippers | 2911 Pontiac Lake Road Suite A | Waterford | MI | 48328 | 1/24/2007 | 323.31 |
| Unishippers | 2911 Pontiac Lake Road Suite A | Waterford | MI | 48328 | 1/25/2007 | 3,274.90 |
| Unishippers | 2911 Pontiac Lake Road Suite A | Waterford | MI | 48328 | 3/7/2007 | 2,102.07 |
| Unishippers | 2911 Pontiac Lake Road Suite A | Waterford | MI | 48328 | 3/7/2007 | 443.16 |
| United States Treasury | N/A | N/A | N/A | n/a | 1/12/2007 | 5,884.04 |
| Verizon Wireless | P.O. Box 9058 | Dublin | OH | 43017 | 12/19/2006 | 1,952.37 |
| Verizon Wireless | P.O. Box 9058 | Dublin | OH | 43017 | 12/21/2006 | 3,258.90 |
| Verizon Wireless | P.O. Box 9058 | Dublin | OH | 43017 | 1/9/2007 | 791.52 |
| Verizon Wireless | P.O. Box 9058 | Dublin | OH | 43017 | 1/22/2007 | 1,603.93 |
| Verizon Wireless | P.O. Box 9058 | Dublin | OH | 43017 | 2/1/2007 | 1,548.72 |
| Verizon Wireless | P.O. Box 9058 | Dublin | OH | 43017 | 2/1/2007 | 682.91 |
| Verizon Wireless | P.O. Box 9058 | Dublin | OH | 43017 | 3/7/2007 | 580.32 |
| Verizon Wireless | P.O. Box 9058 | Dublin | OH | 43017 | 3/7/2007 | 378.10 |
| Wilson Welding & Medical Gases | 1065 Cesar E. Chavez Ave | Pontiac | MI | 48340 | 12/14/2006 | 269.50 |
| Wilson Welding & Medical Gases | 1065 Cesar E. Chavez Ave | Pontiac | MI | 48340 | 12/20/2006 | 792.50 |
| Wilson Welding & Medical Gases | 1065 Cesar E. Chavez Ave | Pontiac | MI | 48340 | 1/3/2007 | 684.76 |
| Wilson Welding & Medical Gases | 1065 Cesar E. Chavez Ave | Pontiac | MI | 48340 | 1/3/2007 | 269.50 |
| Wilson Welding & Medical Gases | 1065 Cesar E. Chavez Ave | Pontiac | MI | 48340 | 1/11/2007 | 3,475.00 |
| Wilson Welding & Medical Gases | 1065 Cesar E. Chavez Ave | Pontiac | MI | 48340 | 1/11/2007 | 269.50 |
| Wilson Welding & Medical Gases | 1065 Cesar E. Chavez Ave | Pontiac | MI | 48340 | 1/18/2007 | 269.50 |
| Wilson Welding & Medical Gases | 1065 Cesar E. Chavez Ave | Pontiac | MI | 48340 | 1/23/2007 | 523.00 |
| Wilson Welding & Medical Gases | 1065 Cesar E. Chavez Ave | Pontiac | MI | 48340 | 1/23/2007 | 269.50 |
| Wilson Welding & Medical Gases | 1065 Cesar E. Chavez Ave | Pontiac | MI | 48340 | 3/7/2007 | 523.00 |
| | | | | | | $ 1,510,666.42 |

IN RE:     VANTAGE INDUSTRIES, LLC

Chapter 7 Case No. 07-45005


## STATEMENT OF FINANCIAL AFFAIRS


**3 c).    All debtors.   List all payments made within one year immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders.**

| Name of Insider | Address 1 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|
| Beld-Elliott, Jessie | n/a | n/a | n/a | n/a | 3/17/2006 | $ 10,000.00 |
| Beld-Elliott, Jessie | n/a | n/a | n/a | n/a | 3/17/2006 | 7,000.00 |
| Beld-Elliott, Jessie | n/a | n/a | n/a | n/a | 4/28/2006 | 10,000.00 |
| Beld-Elliott, Jessie | n/a | n/a | n/a | n/a | 5/12/2006 | 10,000.00 |
| Koppy Corporation | 199 Kay Industrial Dr. | Orion | MI | 48359 | 7/21/2006 | 45,341.80 |
| Koppy Corporation | 199 Kay Industrial Dr. | Orion | MI | 48359 | 1/18/2007 | 825.00 |
| Koppy Corporation | 199 Kay Industrial Dr. | Orion | MI | 48359 | 1/30/2007 | 13,010.36 |
| Sigma Manufacturing | 3720 Lapeer Rd. | Auburn Hills | MI | 48326 | 7/21/2006 | 18,117.50 |
| Sigma Manufacturing | 3720 Lapeer Rd. | Auburn Hills | MI | 48326 | 11/8/2006 | 4,275.50 |
| Sigma Manufacturing | 3720 Lapeer Rd. | Auburn Hills | MI | 48326 | 11/10/2006 | 1,230.00 |
| Sigma Manufacturing | 3720 Lapeer Rd. | Auburn Hills | MI | 48326 | 11/17/2006 | 1,988.57 |
| Sigma Manufacturing | 3720 Lapeer Rd. | Auburn Hills | MI | 48326 | 11/29/2006 | 2,048.78 |
| Sigma Manufacturing | 3720 Lapeer Rd. | Auburn Hills | MI | 48326 | 12/5/2006 | 2,235.52 |
| Sigma Manufacturing | 3720 Lapeer Rd. | Auburn Hills | MI | 48326 | 12/12/2006 | 2,038.55 |
| Sigma Manufacturing | 3720 Lapeer Rd. | Auburn Hills | MI | 48326 | 12/13/2006 | 1,230.00 |
| Sigma Manufacturing | 3720 Lapeer Rd. | Auburn Hills | MI | 48326 | 1/16/2007 | 2,564.12 |
| Sigma Manufacturing | 3720 Lapeer Rd. | Auburn Hills | MI | 48326 | 1/18/2007 | 8,203.11 |
| Sigma Manufacturing | 3720 Lapeer Rd. | Auburn Hills | MI | 48326 | 1/19/2007 | 4,301.66 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 5/25/2006 | 39,484.68 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 7/21/2006 | 35,667.49 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 10/25/2006 | 8,012.48 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 10/27/2006 | 4,410.95 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 10/31/2006 | 480.63 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 11/7/2006 | 2,861.60 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 11/8/2006 | 5,900.74 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 11/10/2006 | 1,304.66 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 11/10/2006 | 5,000.00 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 11/13/2006 | 525.60 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 11/17/2006 | 5,781.60 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 11/20/2006 | 328.21 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 11/20/2006 | 525.60 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 11/30/2006 | 336.30 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/4/2006 | 1,868.80 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/4/2006 | 1,868.80 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/5/2006 | 992.80 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/6/2006 | 2,628.00 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/6/2006 | 363.25 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/12/2006 | 3,387.20 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/13/2006 | 10,336.80 |

In Re: Vantage Industries, LLC
Case No. 07-45005
Attachment 3c
Payments to creditors who were insiders

| Name of Insider | Address 1 | City | State | Zip | Payment date | Amount paid |
|---|---|---|---|---|---|---|
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/13/2006 | 1,051.20 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/14/2006 | 1,671.30 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/18/2006 | 996.30 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/18/2006 | 2,628.00 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/20/2006 | 1,576.80 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/20/2006 | 3,153.60 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/21/2006 | 1,576.80 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 12/22/2006 | 1,765.90 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 1/2/2007 | 1,241.00 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 1/12/2007 | 1,387.95 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 1/19/2007 | 584.00 |
| Sigma Stamping Div. of Koppy C | 2100 Brown Rd. | Auburn Hills | MI | 48326 | 1/27/2007 | 1,539.00 |
| | | | | | | $ 295,648.51 |

IN RE: VANTAGE INDUSTRIES, LLC

Chapter 7 Case No. 07-45005

## STATEMENT OF FINANCIAL AFFAIRS

9. Payments related to debt counseling or bankruptcy.

| Name of payee | Address 1 | City | State | Zip | Date of payment | Amount paid |
|---|---|---|---|---|---|---|
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 10/6/2006 | $ 25,000.00 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 10/20/2006 | 39,508.42 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 10/25/2006 | 34,474.00 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 11/3/2006 | 37,181.22 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 11/8/2006 | 37,167.76 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 11/17/2006 | 27,156.60 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 11/21/2006 | 18,587.75 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 11/29/2006 | 8,215.89 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 12/6/2006 | 9,138.74 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 12/12/2006 | 8,496.55 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 12/14/2006 | 12,279.74 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 1/3/2007 | 15,394.50 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 1/10/2007 | 7,291.23 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 1/16/2007 | 3,716.89 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 1/26/2007 | 5,435.75 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 1/30/2007 | 10,775.04 |
| Conway MacKenzie & Dunleavy | 401 S. Oldwoodward , Suite 301 | Birmingham | MI | 48009 | 3/6/2007 | 12,227.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 10/11/2006 | 25,000.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 10/27/2006 | 16,651.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 11/3/2006 | 14,979.50 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 11/10/2006 | 14,500.91 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 11/22/2006 | 21,951.50 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 11/29/2006 | 4,202.50 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 12/6/2006 | 4,139.18 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 12/18/2006 | 5,470.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 12/22/2006 | 5,172.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 1/4/2007 | 8,903.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 1/11/2007 | 2,418.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 1/22/2007 | 2,715.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 1/29/2007 | 3,764.50 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 2/2/2007 | 4,665.00 |
| Erman, Teicher, Miller, Zucker | 400 Galleria Officentre, Suite 444 | Southfield | MI | 48094 | 3/6/2007 | 7,065.00 |
| | | | | | | $ 453,644.17 |

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Vantage Industries, LLC                    Case No.   07-45005

                                        Debtor(s)          Chapter   7

# VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 9, 2007                    /s/ Ronald Prater

                                                Ronald Prater/Authorized Agent
                                                  Signer/Title

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037                       Best Case Bankruptcy

**United States Bankruptcy Court**
**Eastern District of Michigan**

In re   Vantage Industries, LLC                                              Case No.   07-45005
                                          Debtor(s)                          Chapter    7

## VERIFICATION OF CREDITOR MATRIX

I, the Authorized Agent of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   July 9, 2007                              /s/ Ronald Prater
                                                  Ronald Prater/Authorized Agent
                                                  Signer/Title
                                                      MANAGER

Software Copyright (c) 1996-2001 Best Case Solutions, Inc. - Evanston, IL. - (800) 492-8037                    Best Case Bankruptcy

A.A. Jansson, Inc
2070 Airport Road
Waterford, MI 48327-1024


A.M. Bognar
6575 Mosherville Rd
Jonesville, MI 49250


Abaqus Great Lakes, Inc.
14500 SHELDON RD.
SUITE 150
PLYMOUTH, MI 48170-2440


Accountemps
305 W. Big Beaver Rd.
Suite 201
Troy, MI 48084


Ace Controls, Inc.
23435 Industrial Park Dr.
Farmington Hills, MI 48335


Ace-Tex
7601 CENTRAL AVE.
DETROIT, MI 48210


Addy Machinery Co.
36055 Groesbeck Hwy.
Clinton Township, MI 48035


ADDY MACHINERY COMPANY
36055 GROESBECK HIGHWAY
CLINTON TWP, MI 48035


Adecco USA
2601 CAMBRIDGE CT.
SUITE 127
AUBURN HILLS, MI 48326


ADP, Inc.
100 Commerce Dr.
P.O. Box 700
Pittsburgh, PA 15230

AIR GAGE
12170 GLOBE RD.
LIVONIA, MI 48150


All Spray Pressure Cleaning Eq
7024 CO RD.
PO BOX 345
SWANTON, OH 43558-0345


ALRO STEEL CORPORATION
4929 NEW HAVEN AVENUE
FORT WAYNE, IN 46803


AMERIGAS
5695 E US 6
PO BOX 816
KENDALLVILLE, IN 46755


Amtek Gears, Inc.
5300 Mackinaw Road
Bay City, MI 48706


Antibus Scales & Systems
4809 Illinois Rd.
Fort Wayne, IN 46804


Applied Industrial Tech., Inc.
45580 Woodward
Pontiac, MI 48341


Armstrong Mechanical Services
3648 Rockland Circle
MILLBURY, OH 43447-9804


Art Mathews
Mathews, Nicols & Associates
46 Berglund Avenue
Staten Island, NY 10314


Asher Rabinowitz, Esq.
Ruden McClosky
401 E. Jackson St., Ste. 2700
Tampa, FL 33602

AT & T
BILL PAYMENT CENTER
SAGINAW, MI 48663-0003


ATS Workholding
30222 Esperanza
Rancho Santa Margari, CA 92688


Auburn Hills, City of
1827 N. Squirrel Road
Auburn Hills, MI 48326


Automatic Spring Products
803 Taylor Avenue
Grand Haven, MI


Balance Technology Inc.
7035 Jomar Drive
Whitmore Lake, MI 48189


Beld-Elliott, Jessie
7400 Lahser
Bloomfield Hills, MI 48301


Best Aire
419-B New York Avenue
New Castle, IN 47362


Blue Cross Blue Shield
P.O. Box 2260
Detroit, MI 48231-2260


Bradley Overhead Door, Inc.
P.O. Box 249
202 S. Broad St.
Fremont, IN 46737


C & E SALES
677 CONGRESS PARK DR.
PO BOX 750128
DAYTON, OH 45459-0128

Caine & Weiner
Kevin Krauss
P. O. Box 468
Buffalo, NY 14231


Carpenter Industrial Supply C.
3300 CISCO DRIVE
PO BOX 743
JACKSON, MI 49204


Changchun Huifeng
Automobile Gear Box
888 Yumin Road
Chaoyang Industrial Park
Changchun City 00013-0103


Changchun Huifeng Automotive G
888 Yumin Rd.
Chaoyang Industrial Park
Changchun, Jilin Pro 00013-0103


CHIRON AMERICA, INC.
10950 WITHERS COVE PARK DR.
CHARLOTTE, NC 28278


CLIMAX RESEARCH SERVICES
51229 CENTURY COURT
WIXOM, MI 48393


CO-OP Express, Inc.
c/o Ronald Glen Thomas
511 N. Wayne
P. O. Box 41
Angola, IN 46703


Coleman Supply
15201 E. ELEVEN MILE RD.
Roseville, MI 48066


Combine International
354 Indusco Court
Troy, MI 48083


Comerica
500 Woodward Avenue
Detroit, MI 48226

Consumers Energy
Consumers Energy
Utilities
LANSING, MI 48937-0001


Continental Sales
5555 GATEWAY DRIVE
STERLING HTS., MI 48310


Conway Air Express
P.O. Box 711823
Cincinnati, OH 45271-1823


Conway Central Express
P.O. BOX 982020
N. RICHLAND HILLS, TX 76182


Core Promotional Products
P.O. Box 510
Angola, IN 46703


CRYSTAL FILTRATION
2938 WATERVIEW
ROCHESTER HILLS, MI 48309


CUTTER'S TOOL & GRINDING, INC
8666 VERONA RD.
BATTLE CREEK, MI 49014


Dekalb Redi Med
c/o Paul O. Sauerteig, Esq.
203 E. Berry St., Ste. 1310
Fort Wayne, IN 46802


Dell
One Dell Way
Round Rock, TX 78682


Deluxe Business Checks & Solut
P.O. BOX 742572
CINCINNATI, OH 74274-2572

Dennis W. Loughlin, Esq.
Strobl & Sharp, P.C.
300 East Long Lake Rd., Ste. 200
Bloomfield Hills, MI 48304


DHL Danzas Air & Ocean
Attn Kelly Mullins
11400 Metro Airport
Romulus, MI 48174


Dirk A. Beamer, Esq.
27655 Middlebelt Road, Ste. 170
Farmington, MI 48334-5029


DMC & ASSOCIATES, INC.
13003 ECKEL JUNCTION ROAD
PERRYSBURG, OH 43551


Douglas Gage
69681 Lowe Plank Rd
Richmond, MI 48062


DR. LUBRICANTS, INC.
4611 NEWAYGO RD., SUITE D
FORT WAYNE, IN 46825


E.E.P Group
PO Box 127
Eastwood Station
Syracuse, NY 13206


Edward Andrews International
6633 ALLAR DR.
STERLING HEIGHTS, MI 48312


Edward Andrews International, Inc.
6633 Allar Drive
Sterling Heights, MI 48312


Edward J. Underhill, Esq.
Masuda, Funai, et al
1475 E. Woodfield Road, Ste. 800
Schaumburg, IL 60173-5485

EFD Nordson
977 WATERMAN AVENUE
EAST PROVIDENCE, RI 02914-1342


ELLISON TECHNOLOGIES
9587 E. 131ST STREET
ST. FISHERS, IN 46038


Ervin Leasing Company
DEPT. 77228
P.O. BOX 77000
DETROIT, MI 48277-0228


Express 1
A SEGMENTZ INC. COMPANY
P.O. BOX 673585
DETROIT, MI 48267-3585


Express Personnel Service
P.O. BOX 730039
DALLAS, TX 75373-0039


FabriSteel Mfg. Division
22100 Trolley Industrial Drive
Taylor, MI 48180-1872


Fastenal
1920 OPDYKE ROAD
AUBURN HILLS, MI 00048-3226


Federal Mogul Corp- Mexico
McCord Payen de Mexico
San Esteban Polente
Naucalpan Edo, M xico (Estado de) 53560-


Fire Protection, Inc.
750 W. North St., Suite C
P.O. Box 327
Auburn, IN 46706


Form Tech Industries
2727 W. Fourteen Mile Road
Royal Oak, MI 48073

Fuji Machine America Corp.
171 Corporate Woods Parkway
Vernon Hills, IL 60061


Geering Broach and Spline Co.
23644 RYAN RD.
WARREN, MI 48091


Great Lakes Glove & Safety
3202 OLD FARM LANE
WALLED LAKE, MI 48390


Grede Foundries- Reedsburg
700 Ash Street
Reedsburg, WI 53959


GT AUTOMATION
9312 AVIONICS DRIVE
FORT WAYNE, IN 46809


H.H. Barnum Co.
7915 LOCHLIN DR.
BRIGHTON, MI 48116


H.L. CLAEYS
31239 MOUND RD.
WARREN, MI 48092


HAGGARD & STOCKING
4102 Merchant Rd.
Fort Wayne, IN 46818


Hamilton Lake Conservancy Dist
8850 S. Wayne St.
Hamilton, IN 46742-0331


Hamilton, City of
7750 S. Wayne
P. O. Box 310
Hamilton, IN 46742


Heidtman Steel Products, Inc.
630 Lavoy Rd.
Erie, MI 48133

HOOSIER SPLINE BROACH CORP.
P.O. BOX 538
1401 TOUBY PIKE
KOKOMO, IN 46901-2503


HTI MOBILE HEALTH TESTING
500 W. WILSON BRIDGE RD
SUITE 105
WORTHINGTON, OH 46085


IDG-Detroit
10800 GALAXIE AVE.
OAK PARK, MI 48220


IHC, Inc.
12400 Burt Rd.
Detroit, MI 48228


INDEXA-V
30200 RYAN RD.
WARREN, MI 48092


Indiana Michigan Power
P.O. BOX 24401
CANTON, OH 44701-4412


Intercall
P.O. BOX 281866
ATLANTA, GA 30384-1866


Internal Revenue Service
SBSE/Insolvency Unit
P. O. Box 330500, Stop 15
Detroit, MI 48232


Ira H. Liebowitz, Esq.
5507-10 Nesconset Hwy., Ste. 203
Mount Sinai, NY 11766


IRS - District Counsel
477 Michigan Ave., Room 1870
Detroit, MI 48226

IRS - U.S. Attorney's Office
211 W. Fort Street
Suite 2300
Detroit, MI 48226-3211


J & L Industrial Supply Co.
31800 INDUSTRIAL RD.
LIVONIA, MI 48151


J & T Electrical Supply
3606 THOMAS RD.
OXFORD, MI 48371


Janitors Supply Co., Inc.
c/o Serban Law Office, P.C.
P. O. Box 8856
Fort Wayne, IN 46898-8856


Jessie Beld-Elliott
7400 Lahser
Bloomfield Hills, MI 48301


JeVan
6990 Browns Lake Rd.
Jackson, MI 49201


Jill M. LaVoy, Esq.
LaVoy & Zagorski, P.C.
2 East First St., Ste. 207
Monroe, MI 48161


Johnson, Stephen D.
c/o Richard A. Heikkinen, Esq.
110 N. Michigan Avenue
Howell, MI 48843


K & Y Manufacturing, Inc.
41880 Koppernick
Canton, MI 48187


KAMAR OFFICE PRODUCTS
148 West Walton Blvd
Pontiac, MI 48340-1164

KEITH'S LAWN CARE SERVICES
260 LANE 230 JIMMERSON LAKE
ANGOLA, IN 46703


KENDALL ELECTRIC
2795 WOODHULL DRIVE
ANGOLA, IN 46703


KENNAMETAL
LIVONIA EXECUTIVE PARK
31800 INDUSTRIAL ROAD
LIVONIA, MI 48151


Keyence Corporation of America
9229 Delegattes Row
Suite 460
Indianaopolis, IN 46420


KIM SUPPLY CO.
1604 MAGDA DRIVE
MONTPELIER, OH 43543


Kimberly L. Booher, Esq.
P. O. Box 1097
Evart, MI 49631


KOPPY CORPORATION
199 KAY INDUSTRIAL DRIVE
ORION, MI 48359


Koppy Corporation
199 Kay Industrial Drive
Lake Orion, MI 48359


Landstar Ligon
10608 BANANA AVE.
FONTANA, CA 92337


Lilla & Associates, P.C.
8285 Short Cut Road
Ira Township, MI 48023


M. Antonik Co., Inc.
4170 Martin Rd.
Walled Lake, MI 48390

Manhattan Capital Group Holdin
AETNA TOWER, 11TH FLOOR
107 ZUNYI ROAD
SHANGHAI 00020-0051


MANUFACTURING SOLUTIONS, INC.
7309 S. Wayne St.
PO Box 576
Hamilton, IN 46742


Marc M. Bakst, Esq.
Bodman LLP
1901 St. Antoine St., Fl 6
Detroit, MI 48226


Margelefsky & Mezinko, LLC
709 Madison Ave., Ste. 301
Toledo, OH 43604-6624


Marposs Corporation
3300 Cross Creek Parkway
Auburn Hills, MI 48326


MARY'S GO ROUND
PO BOX 962
ANGOLA, IN 46703


Material Sales
25885 W. Eight Mile Road
P.O. BOX 40867
REDFORD, MI 48240-1047


Matzka, Inc.
25255 MOUND ROAD
WARREN, MI 48091


Maya Gage Co. Inc.
20770 Parker St.
Farmington Hills, MI 48336


Mazak Corp. - North Central
8025 Production Dr.
P.O. Box 970
Florence, KY 41022-0970

```
MCI ( MCI )
P.O. BOX 4644
IOWA CITY, IA 52244-4644


MCMASTER-CARR SUPPLY
200 Aurora Industrial Parkway
Aurora, OH 44202


MESC
7310 Woodward Avenue
Detroit, MI 48202


METAL TECH - WEST ALLIS DIV
3800 Adams Rd.
P.O. Box 397
Ravenna, MI 49451


Michael Bell, Esq.
223-225 E. Front St.
P. O. Box 72
Buchanan, MI 49107


Michael Greiner, Esq.
Financial Law Group, P.C.
29405 Hoover Road
Warren, MI 48093


Michael R. Stillman, Esq.
7091 Orchard Lake Road, Ste. 270
West Bloomfield, MI 48322


Michigan Department of Treasury
Tax Collection Enforcement Div.
Treasury Building
Lansing, MI 48922


MICHIGAN REBUILD & AUTOMATION
921 ANDERSON RD.
LITCHFIELD, MI 49252


Michigan Seamless Tube
400 McMunn Street
South Lyon, MI 48178
```

Michigan Spline Gage Co
1626 East Nine Mile
Hazel Park, MI 48030


Michigan Staffing
29400 Van Dyke Suite 308
Warren, MI 48093


MicroCentric Corp.
25 Terminal Dr.
Plainview, NY 11803


Midwest Mfg Co.
101 High Street
P.O. Box 340
Kellogg, IA 50135


Mitsubishi Electric Automation
500 Corporate Woods Pky
Vernon Hills, IL 60061-3108


Mitutoyo of America Corp.
958 Corporate Blvd
Aurora, IL 60504


Moore Business Forms
25885 W Eight Mile Road
Detroit, MI 48240


Morrison Equipment Co.
1825 MONROE
P.O. BOX 1803
GRAND RAPIDS, MI 49501


MORRISON INDUSTRIAL EQUIPMENT
28551 Laura Ct.
Elkhart, IN 46517


MOTION INDUSTRIES
2154 PRODUCTION RD.
KENDALLVILLE, IN 46755


MPD Welding
4200 S. Lapeer Road
Orion, MI 48359

MPT Drives, Inc.
950 East Mandoline
P.O. Box 71950
Madison Heights, MI 48071-0950


Mullane Industries
5941 Livernois Avenue
Detroit, MI 48210-1756


Muller, Muller
33233 S. Woodward Avenue
Birmingham, MI 48009


Muller, Muller, et al
P. O. Box 3026
Birmingham, MI 48012-3026


N N Metal Stampings, Inc
510 Maple Street
Pioneer, OH 43554


NALCO CO.
1610 CLARA ST. P.O. BOX 1366
JACKSON, MI 49204


National Chemical and Oil Corp
21251 Meyers
Oak Park, MI 48237


National Technical Systems
12601 SOUTHFIELD RD.
DETROIT, MI 48223


Nationwide Recovery Systems
2304 Tarpley Drive, #134
Carrollton, TX 75006


Neff Engineering
3575 HILL 23 DRIVE
FLINT, MI 48597


Northern Indiana Fuel and Light
P.O. Box 526
Auburn, IN 46706

Optical Gaging Products, Inc.
850 Hudson Ave.
Rochester, NY 14621-4896

Orbis Div. Menasha Corp.
1101 East Whitcomb
Madison Heights, MI 48071

Panther II
1114 N. COURT ST.
P.O. BOX 713
P.M.B. 208
MEDINA, OH 44256

Personal Uniform Service
10100 Capital Ave
Oak Park, MI 48237

Plastech
2233 Petit St.
Port Huron, MI 48060

PLEXUS SYSTEM
1731 HARMON RD.
AUBURN HILLS, MI 48326

Prater Holdings, LLC
199 Kay Industrial Drive
Lake Orion, MI 48359

Precision Devices, Inc.
606 County Street
Milan, MI 48160

Pro Turf
4280 Matthew Lane
White Lake, MI 48383

Pro-Active Fluid Power
44383 REYNOLDS DR.
CLINTON TWP, MI 48036

Production Saw & Machine
9091 South Meridian Rd
Clark Lake, MI 49234

Production Tool Supply
32011 Stephenson Hwy
Madison Heights, MI 48071


Quality Engineering Services
1547 Lyell Ave.
Rochester, NY 14606


Quality Measuring Tool Repair
103 W. Church St.
Capac, MI 48014


Quality Screw & Nut
101 Frontier Way
Bensenville, IL 60106


RAYMONDS TOOL & GAUGE, LLC
PO BOX 106 06-726 RD. N-30
MONTPELIER, OH 43543-0106


Reska Spline Products Inc
25225 Easy Street
PO Box 964
Warren, MI 48090


RMS
P. O. Box 509
Richfield, OH 44286


Robert Bassell, Esq.
Kemp Klein
201 W. Big Beaver Road, 6th Floor
Troy, MI 48084


Rome Die Casting
29 Westside Ind. Blvd.
Rome, GA 30165


Romeo Expeditors Inc
69210 Powell Road
Romeo, MI 48065


Ronald Prater
299 Kay Industrial Drive
Lake Orion, MI 48359

Safety Services
5286 WYNN ROAD
PO BOX 3539
KALAMAZOO, MI 49003


SGS US Testing Co. Inc-S & S C
201 Route 17 North
Rutherford, NJ 07070


Sigma Manufacturing
3720 Lapeer Rd.
Auburn Hills, MI 48326


Sigma Stamping Div. of Koppy C
2100 Brown Rd.
Auburn Hills, MI 48326


SKINNER TRANSFER CORPORATION
2020 E. Main Street
PO Box 438
Reedsburg, WI 53959


Speedgrip Chuck, Inc.
2000 E. INDUSTRIAL PARKWAY
ELKHART, IN 46515


ST. PAUL TRAVELERS
22930 NINE MILE RD.
ST. CLAIR SHORES, MI 48080


Starcutter
23461 Industrial Park Drive
Farmington Hills, MI 48335


STARR INSTRUMENT SERVICE
1101 WEST LAWRENCY HWY
PO BOX 188
CHARLOTTE, MI 48813


Statewide Credit Ass'n
P. O. Box 781268
Indianapolis, IN 46278

TEAM QUALITY SERVICES
4483 COUNTY ROAD 19
SUITE B
AUBURN, IN 46706


Technical Solutions
229 N. Main St.
Evart, MI 49631


Technical Solutions LLC
229 N. Main St.
P. O. Box 1097
Evart, MI 49631


Teddy's Transport
4201 M-40
Holland, MI 49423


TELESIS TECHNOLOGIES
28181 RIVER DRIVE
CIRCLEVILLE, OH 43113


The Prater Group, LLC
199 Kay Industrial Drive
Lake Orion, MI 48359


THE TRUCKLOAD CONNECTION,
PO BOX 28429
COLUMBUS, OH 43228


Thomas G. Schlageter, Esq.
715 S. Coy Road
Oregon, OH 43616


TIME SERVICES
200 HOOSIER DRIVE
ANGOLA, IN 46703


Timothy Claxton, Esq.
Burt Blee et al
200 E. Main Street, Suite 1000
Fort Wayne, IN 46802

TKO Staffing
30801 Barrington Ste.120
Madison Heights, MI 48071


TORK PRODUCTS INC.
4125 N. CLINTON ST
FT. WAYNE, IN 46805


Town of Hamilton
7750 S. Wayne St.
Hamilton, IN 46742-0310


TOYODA MACHINERY USA
316 W. UNIVERSITY DRIVE
ARLINGTON HEIGHTS, IL 60004


Transmatic Manufacturing Co
300 East 48th Street
Holland, MI 49423


Tri-State Dunnage
1128 S. STREET
NOBLEVILLE, IN 46060


Try Hours
PO Box 8809
Maumee, OH 43537


Ty Miles, Inc.
9855 Derby Lane
Westchester, IL 60154


Unifirst Corporation
4520 SECRETARY DRIVE
Ft. Wayne, IN 46808


Unishippers
2911 Pontiac Lake Road Suite A
Waterford, MI 48328


Universal Measurement
5780 Urbana Road
Springfield, OH 45502

UPS SUPPLY CHAIN SOLUTIONS
ATTN: CUSTOMS BROKERAGE SERVICES
PO BOX 34486
LOUISVILLE, KY 40232


USF Holland
750 EAST 40TH STREET
HOLLAND, MI 49423


Vanderford, David
11716 Seneca Drive
Warren, MI 48093-7052


Vani Quality Quest, Inc
1675 E. Whitcomb
Madison Heights, MI 48071


VERIFICATIONS, INC.
6900 WEDGEWOOD RD., NORTH
SUITE 120
MAPLE GROVE, MN 55311


Victor J. Zanolli, III, Esq.
29777 Telegraph Road, Ste. 2500
Southfield, MI 48034


WALMART STORES, INC.
Store # 1709
Angola, IN


Warners Snow Removal, Inc.
910 Ortonville Rd., Suite 300
Ortonville, MI 48462


WASTE MANAGEMENT
48797 ALPHA DR., SUITE 150
WIXOM, MI 48393


WAYNE-DIV. OF JANITOR'S SUPPLY
5005 SPEEDWAY DRIVE
FORT WAYNE, IN 46825

WILSON AIR EQUIPMENT COMPANY
5088 MEREDITH DR.
P.O. BOX 2620
KALAMAZOO, MI 49003


Wilson Welding & Medical Gases
1065 Cesar E. Chavez Ave.
Pontiac, MI 48340


Workers World
240 S.Broadway Street
Butler, IN 46721


XY TOOL & DIE, INC.
6492 STATE RD 205
P.O. BOX 217
LAOTTO, IN 46763


Yamazen, Inc.
735 E. Remington Rd.
Schaumburg, IL 60173

# United States Bankruptcy Court
## Eastern District of Michigan

In re   Vantage Industries, LLC                            Case No.   07-45005

Debtor(s)                 Chapter   7

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP

☐     **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

      Name: _____

      Address: _____

      **(For additional names, attach an addendum to this form)**

■     **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

      I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 9, 2007               /s/ Ronald Prater

                                        Signature of Authorized Individual
                                        For Corporation Debtor

                                        Ronald Prater
                                        Print Name

                                        Authorized Agent
                                        Title

Revised 02/04

# United States Bankruptcy Court
## Eastern District of Michigan

In re    Vantage Industries, LLC _____     Case No.   07-45005
                        Debtor(s)               Chapter    7

## STATEMENT OF DEBTOR REGARDING
## CORPORATE OWNERSHIP

☐  **The following entities directly or indirectly own 10% or more of any class of the debtor's equity interest:**

Name: _____
Address: _____

**(For additional names, attach an addendum to this form)**

■  **There are no entities that directly or indirectly own 10% or more of any class of the debtor's equity interest.**

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   July 9, 2007 _____     /s/ Ronald Prater     _Ronald E. Prater_
                                      Signature of Authorized Individual
                                      For Corporation Debtor

                                      Ronald Prater
                                      Print Name

                                      Authorized Agent
                                      Title    MANAGER

Software Copyright (c) 1996-2006 Best Case Solutions, Inc. - Evanston, IL - (800) 492-8037     Best Case Bankruptcy