UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

Vantage Industries, LLC            Chapter 7
                                           Case No. 07-45005
                 Debtor.               Hon. Phillip J. Shefferly
_____/

**NOTICE OF UNCLAIMED DIVIDENDS**

To the Clerk of the Court:

       The attached check in the amount of $73,988.55, which represents unclaimed dividends in this estate and is paid to the Court pursuant to 11 U.S.C. .347. The name and address of the party entitled to the unclaimed dividends is:

| CLAIM NUMBER | CLAIMANT | AMOUNT |
|---|---|---|
| 24 | Changchun Huifeng Automotive Gear Co.<br>c/o Robert Bassel, Attorney<br>201 W. Big Beaver, 6th Floor<br>Troy, MI 48084 | $ 62,594.67 |
| 25 | Express-1 Expedited Solutions, Inc.<br>c/o Robert Bassel<br>201 W. Big Beaver, 6th Floor<br>Troy, MI 48084 | $ 4,477.83 |
| 26 | Precision Devises, Inc.<br>c/o Robert Bassel<br>201 W. Big Beaver, 6th Floor<br>Troy, MI 48084 | $ 3,424.57 |
| 27 | Kemp Klein Law Firm<br>c/o Robert Bassel<br>201 W. Big Beaver, 6th Floor<br>Troy, MI 48084 | $ 3,000.00 |

| | | | |
|---|---|---|---|
| 30 | Geering Broach & Spline, Inc.<br>23644 Ryan Rd.<br>Warren, MI 48091 | $ | 491.48 |

                                                **TOTAL:**       **$ 73,988.55**

Dated:   6/2/2011                                  /s/ Frederick J. Dery
                                                          Frederick J. Dery, Trustee
                                                          803 W. Big Beaver
                                                          Suite 353
                                                          Troy, MI 48084
                                                          fdery@fredjdery.com